UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE<br>This Document Relates to All Cases |

**NOTICE OF FILING UPDATED LISTINGS OF**
**PENDING BHR TRACK AND THA TRACK CASES**

Defendant Smith & Nephew, Inc., by and through its undersigned counsel, hereby submits the attached charts identifying the BHR track and THA track cases currently pending in this MDL (Exhibit A and B, respectively) per the agreement of the parties and direction of the Court.

Dated: October 11, 2022

Respectfully Submitted,

/s/ Terri S. Reiskin
Terri S. Reiskin, Bar No. 05256
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue NW
Suite 900
Washington, DC  20001
Terri.reiskin@nelsonmullins.com
Tel.: (202) 689-2800
Fax: (202) 689-2860

Elizabeth C. Curtin
Daniel A. Spira
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
ecurtin@sidley.com
dspira@sidley.com
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Kim E. Moore
David O'Quinn
IRWIN FRITCHIE URQUHART &
MOORE
400 Poydras St. #2700
New Orleans, Louisiana 70130
kmoore@irwinllc.com
doquinn@irwinllc.com
Telephone:  (504) 310-2100
Facsimile:  (504) 310-2101

*Counsel for Defendant Smith & Nephew, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                   */s/ Daniel A. Spira*
                                                   Daniel A. Spira