**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 1 | 1:14-cv-03138 | Williams, Lewis (deceased) | Lewis Williams Jr and Angela Williams v. Smith & Nephew, Inc. | 04/05/17 |
| 2 | 1:17-cv-00256 | Twigg, Austin | Austin Davis Twigg IV and Joan Twigg v. Smith & Nephew, Inc. | 04/05/17 |
| 3 | 1:17-cv-00930 | Rand, Sidney | Sidney Rand v. Smith & Nephew, Inc. | 04/05/17 |
| 4 | 1:17-cv-00933 | Kruse, Cynthia | Cynthia L. Kruse and John Kruse v. Smith & Nephew, Inc. | 04/05/17 |
| 5 | 1:17-cv-00934 | Laverty, Terence | Terence Laverty and Sherry Laverty v. Smith & Nephew, Inc. | 04/05/17 |
| 6 | 1:17-cv-00935 | Hand, Marla | Marla H. Hand and James T. Nyeste v. Smith & Nephew, Inc. | 04/05/17 |
| 7 | 1:17-cv-00936 | Crews, Sarah | Sarah A. Crews v. Smith & Nephew Inc. | 04/05/17 |
| 8 | 1:17-cv-00939 | Pesick, Andrea | Andrea L. Pesick v. Smith & Nephew, Inc. | 04/05/17 |
| 9 | 1:17-cv-00942 | Tiner, Kandice | Kandice M. Tiner v. Smith & Nephew, Inc. | 04/05/17 |
| 10 | 1:17-cv-00943 | Balch, Ericka | Ericka Balch and David Balch v. Smith & Nephew, Inc. | 04/05/17 |
| 11 | 1:17-cv-00944 | Redick, Paula | Paula P. Redick and Jace D. Redick v. Smith & Nephew, Inc. | 04/05/17 |
| 12 | 1:17-cv-00945 | Grazia, Alberto | Alberto Grazia v. Smith & Nephew, Inc. | 04/05/17 |
| 13 | 1:17-cv-00946 | Taylor, Linda | Linda Taylor and James Taylor v. Smith & Nephew, Inc. | 04/05/17 |
| 14 | 1:17-cv-00947 | LeBlanc, Lori | Lori A. LeBlanc v. Smith & Nephew, Inc. | 04/05/17 |
| 15 | 1:17-cv-00948 | Marion, Heidi | Heidi Marion and Michael Marion v. Smith & Nephew, Inc. | 04/05/17 |
| 16 | 1:17-cv-00952 | Zingler, Steven | Steven A. Zingler v. Smith & Nephew, Inc. | 04/05/17 |
| 17 | 1:17-cv-01036 | Walker, Mira | Mira G. Walker v. Smith & Nephew, Inc. | 04/17/17 |
| 18 | 1:17-cv-01037 | Cleveland, Jr., Roy | Roy D. Cleveland Jr. v. Smith & Nephew, Inc. | 04/17/17 |
| 19 | 1:17-cv-01038 | Berg, Janice | Janice M. Berg v. Smith & Nephew, Inc. | 04/17/17 |
| 20 | 1:17-cv-01039 | Graham, Jacqueline | Jacqueline R. Graham v. Smith & Nephew, Inc. | 04/17/17 |
| 21 | 1:17-cv-01040 | Viner, Carol | Carol A. Viner v. Smith & Nephew, Inc. | 04/17/17 |
| 22 | 1:17-cv-01041 | Bertroch, Jessie | Jessie Bertroch and Cindy Bertroch v. Smith & Nephew, Inc. | 04/17/17 |
| 23 | 1:17-cv-01042 | Barksdale, Grant | Grant H. Barksdale and Katie Barksdale v.  Smith & Nephew, Inc. | 04/17/17 |
| 24 | 1:17-cv-01043 | Morgan, Suzanne | Suzanne Morgan v. Smith & Nephew, Inc. | 04/17/17 |
| 25 | 1:17-cv-01044 | Betters, Richard | Richard Betters v. Smith & Nephew, Inc. | 04/17/17 |
| 26 | 1:17-cv-01045 | Tatosian, Mike | Mike Tatosian and Irina Tatosian v. Smith & Nephew, Inc. | 04/17/17 |
| 27 | 1:17-cv-01046 | Bogk, Charles | Charles G. Bogk v. Smith & Nephew, Inc. | 04/17/17 |
| 28 | 1:17-cv-01076 | Edds, Robert | Robert D. Edds and Lisa Edds v. Smith & Nephew, Inc. | 04/19/17 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 29 | 1:17-cv-01077 | Hopkins, Thomas | Thomas A. Hopkins v. Smith & Nephew, Inc. | 04/19/17 |
| 30 | 1:17-cv-01078 | Marotta, Connie | Connie Marotta and James Marotta v. Smith & Nephew, Inc. | 04/19/17 |
| 31 | 1:17-cv-01219 | Ferguson, Susan | Susan L. Ferguson and Andrew D. Ferguson v. Smith & Nephew, Inc. | 05/02/17 |
| 32 | 1:17-cv-01235 | Mares, Kim | Kim M. Mares v. Smith & Nephew, Inc. | 05/05/17 |
| 33 | 1:17-cv-01251 | Gatje, Richard | Richard Gatje and Shari Gatje v. Smith & Nephew, Inc. | 05/08/17 |
| 34 | 1:17-cv-01336 | Tharp, Teresa | Teresa Tharp and Jeff Tharp v. Smith & Nephew, Inc. et al | 05/16/17 |
| 35 | 1:17-cv-01368 | Mantia, Marian | Marian E. Mantia v. Smith & Nephew, Inc. | 05/18/17 |
| 36 | 1:17-cv-01478 | Byczek, Judith | Judith Byczek and Ronald Byczek v. Smith & Nephew, Inc. | 05/31/17 |
| 37 | 1:17-cv-01495 | Lambert, Melody | Melody Lambert v. Smith & Nephew, Inc. | 06/01/17 |
| 38 | 1:17-cv-01522 | Skoog, Ruth | Ruth Marie Skoog v. Smith & Nephew, Inc. | 06/05/17 |
| 39 | 1:17-cv-01617 | Cowan, Joey | Joey E. Cowan v. Smith & Nephew, Inc. | 06/14/17 |
| 40 | 1:17-cv-01618 | Krane, Suzanne | Suzanne Krane v. Smith & Nephew, Inc. | 06/14/17 |
| 41 | 1:17-cv-01830 | Crainshaw, Jacqueline | Jacqueline Crainshaw and Dwight Crainshaw v. Smith & Nephew, Inc. | 07/07/17 |
| 42 | 1:17-cv-01831 | Thompson, Michael | Michael L. Thompson v. Smith & Nephew, Inc. | 07/07/17 |
| 43 | 1:17-cv-01832 | Kern, Martha | Martha E. Kern and Michael A. Kern v. Smith & Nephew, Inc. | 07/07/17 |
| 44 | 1:17-cv-01873 | Curtis, Thomas | Thomas C. Curtis v. Smith & Nephew, Inc. | 07/07/17 |
| 45 | 1:17-cv-01891 | Frenc, Florin | Leontina Frenc as the Personal Representative of the Estate of Florin Frenc v. Smith & Nephew, Inc. | 07/10/17 |
| 46 | 1:17-cv-01906 | Stolz, Jennifer | Jennifer Stolz v. Smith & Nephew, Inc. | 07/11/17 |
| 47 | 1:17-cv-01957 | Houmes, Karen | Karen L. Houmes v. Smith & Nephew, Inc. | 07/14/17 |
| 48 | 1:17-cv-01981 | Lunsford, Gary | Gary A. Lunsford v. Smith & Nephew, Inc. | 07/17/17 |
| 49 | 1:17-cv-01997 | Hart, Troy | Troy D. Hart v. Smith & Nephew, Inc. | 07/18/17 |
| 50 | 1:17-cv-02012 | Rassi, Terry | Terri L. Rassi v. Smith & Nephew, Inc. | 07/19/17 |
| 51 | 1:17-cv-02047 | Pratt, Andrew | Andrew Pratt v. Smith & Nephew, Inc. | 07/24/17 |
| 52 | 1:17-cv-02244 | Zettelmeier, Kenneth | Kenneth A. Zettelmeier v. Smith & Nephew, Inc. | 08/08/17 |
| 53 | 1:17-cv-02376 | Bouplon, Perry | Perry R. Bouplon v. Smith & Nephew, Inc. | 08/18/17 |
| 54 | 1:17-cv-02377 | Suehowicz, Carla | Carla Suehowicz v. Smith & Nephew, Inc. | 08/18/17 |
| 55 | 1:17-cv-02382 | Henry, Mary | Mary Pat Henry v. Smith & Nephew, Inc. | 08/20/17 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 56 | 1:17-cv-02383 | Blandford, Joanne | Joanne H. Blandford v. Smith & Nephew Inc. | 08/20/17 |
| 57 | 1:17-cv-02384 | Kramer, Constance | Constance Kramer v. Smith & Nephew, Inc. | 08/21/17 |
| 58 | 1:17-cv-02388 | Maize, Joseph | Joseph Maize and Marshall Valeana v. Smith & Nephew, Inc. | 08/21/17 |
| 59 | 1:17-cv-02398 | Shapiro, Marlene | Marlene Shapiro v. Smith & Nephew, Inc. | 08/21/17 |
| 60 | 1:17-cv-02404 | O'Brien, Adam | Adam M. O'Brien v. Smith & Nephew, Inc. | 08/22/17 |
| 61 | 1:17-cv-02442 | Mayes, Jann | Jann W. Mayes v. Smith & Nephew, Inc. | 08/25/17 |
| 62 | 1:17-cv-02462 | Butler, John | John A. Butler v. Smith & Nephew, Inc. | 08/28/17 |
| 63 | 1:17-cv-02497 | Mink, Joseph | Joseph T. Mink v. Smith & Nephew, Inc. | 08/30/17 |
| 64 | 1:17-cv-02505 | Durant, Jeffrey | Jeffrey Durant and Elizabeth Durant v. Smith & Nephew, Inc. | 08/30/17 |
| 65 | 1:17-cv-02531 | Scoggins, Timothy | Timothy J. Scoggins and Elizabeth Scoggins v. Smith & Nephew, Inc. | 08/31/17 |
| 66 | 1:17-cv-02534 | Carpenter, Charmaine | Charmaine Carpenter and Kenneth Carpenter v. Smith & Nephew, Inc. | 08/31/17 |
| 67 | 1:17-cv-02536 | Tranchina, Joseph | Joseph Tranchina v. Smith & Nephew, Inc. | 08/31/17 |
| 68 | 1:17-cv-02542 | Cotten, Robert | Robert Cotten v. Smith & Nephew, Inc. | 09/01/17 |
| 69 | 1:17-cv-02547 | Norzagaray, Armando | Armando Norzagaray v. Smith & Nephew, Inc. | 09/03/17 |
| 70 | 1:17-cv-02549 | Wilson, Michaelle | Michaelle D. Wilson v. Smith & Nephew, Inc. | 09/04/17 |
| 71 | 1:17-cv-02558 | Evangelista , Daniel | Daniel H. Evangelista v. Smith & Nephew, Inc. | 09/05/17 |
| 72 | 1:17-cv-02566 | Tursky, Kristi | Kristi Tursky v. Smith & Nephew, Inc. | 09/05/17 |
| 73 | 1:17-cv-02589 | Fouts, Joshua | Joshua Fouts v. Smith & Nephew, Inc. | 09/06/17 |
| 74 | 1:17-cv-02590 | Thompson, Robert | Robert B. Thompson v. Smith & Nephew, Inc. | 09/06/17 |
| 75 | 1:17-cv-02594 | Mason, Deborah | Deborah J. Mason v. Smith & Nephew, Inc. | 09/09/17 |
| 76 | 1:17-cv-02605 | Parker, Daphne | Daphne N. Parker v. Smith & Nephew, Inc. | 09/07/17 |
| 77 | 1:17-cv-02608 | James, David | David W. James v. Smith & Nephew, Inc. | 09/08/17 |
| 78 | 1:17-cv-02611 | Dennis, Jeffrey | Jeffrey Dennis and Mary Ann Dennis v. Smith & Nephew, Inc. | 09/08/17 |
| 79 | 1:17-cv-02613 | Shough, Ronald | Ronald Shough and Donna Shough v. Smith & Nephew, Inc. | 09/08/17 |
| 80 | 1:17-cv-02618 | Brightbill, Stephen | Stephen Brightbill v. Smith & Nephew, Inc. | 09/06/17 |
| 81 | 1:17-cv-02623 | Fioramonti, Glory | Glory Fioramonti v. Smith & Nephew, Inc. | 09/06/17 |
| 82 | 1:17-cv-02625 | McKeowen, David | David McKeowen and Joyce McKeowen v. Smith & Nephew, Inc. | 09/06/17 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 83 | 1:17-cv-02628 | Van Dusen-DiFabio, Christine | Christine Van Dusen-DiFabio and Darrell DiFabio v. Smith & Nephew, Inc. | 09/06/17 |
| 84 | 1:17-cv-02631 | Maples, Raymond | Raymond K. Maples and Ann Maples v. Smith & Nephew, Inc. | 09/08/17 |
| 85 | 1:17-cv-02639 | Nadon, James | James Nadon and Ann Nadon v. Smith & Nephew, Inc. | 09/07/17 |
| 86 | 1:17-cv-02641 | Modzelewski, Rhiannon | Rhiannon Modelewski v. Smith & Nephew, Inc | 09/07/17 |
| 87 | 1:17-cv-02643 | Markle, Joseph | Joseph Markle and Jennifer Markle v. Smith & Nephew, Inc. | 09/07/17 |
| 88 | 1:17-cv-02645 | Kramer, John | John Kramer and Beth Kramer v. Smith & Nephew, Inc. | 09/07/17 |
| 89 | 1:17-cv-02646 | Hammett, Bonnee | Bonnee Hammett v. Smith & Nephew, Inc. | 09/07/17 |
| 90 | 1:17-cv-02647 | Hadley, Kristin | Kristin Hadley and Larry Allen Haldley v. Smith & Nephew, Inc. | 09/09/17 |
| 91 | 1:17-cv-02649 | Schumacher, Gina | Gina Schumacher v. Smith & Nephew, Inc. | 09/07/17 |
| 92 | 1:17-cv-02650 | Mergener, Lori | Lori A. Mergener v. Smith & Nephew, Inc. | 09/11/17 |
| 93 | 1:17-cv-02654 | Lee, John | John Lee v. Smith & Nephew, Inc. | 09/08/17 |
| 94 | 1:17-cv-02690 | Grooms, Charles | Charles Grooms v. Smith & Nephew, Inc. | 09/12/17 |
| 95 | 1:17-cv-02722 | Goff, Jeb | Jeb S. Goff v. Smith & Nephew, Inc. | 09/13/17 |
| 96 | 1:17-cv-02727 | Bositis, Christine | Christine A. Bositis v. Smith & Nephew, Inc. | 09/13/17 |
| 97 | 1:17-cv-02731 | Martin-Wong, Jennifer | Jennifer Martin-Wong v. Smith & Nephew, Inc. | 09/13/17 |
| 98 | 1:17-cv-02856 | Walker, Janice | Janice I. Walker v. Smith & Nephew, Inc. | 09/26/17 |
| 99 | 1:17-cv-02875 | Howell, Donna | Donna R. Howell v. Smith & Nephew, Inc. | 09/27/17 |
| 100 | 1:17-cv-02899 | Wiebold, Michelle | Michelle C. Wiebold and Philip C. Wiebold v. Smith & Nephew, Inc. | 09/29/17 |
| 101 | 1:17-cv-02911 | Sorenson, Dawn | Dawn Sorenson and Dale Sorenson v. Smith & Nephew, Inc. | 10/02/17 |
| 102 | 1:17-cv-02992 | Achatz, Susan | Susan L. Achatz v. Smith & Nephew, Inc. | 10/12/17 |
| 103 | 1:17-cv-03091 | McKinnon, Everett | Everett McKinnon v. Smith & Nephew, Inc. | 10/23/17 |
| 104 | 1:17-cv-03123 | Wierus, Jeffrey | Jeffrey Wierus v. Smith & Nephew, Inc. | 10/25/17 |
| 105 | 1:17-cv-03127 | Murray, Constance | Constance Murray v. Smith & Nephew, Inc. | 10/25/17 |
| 106 | 1:17-cv-03197 | Huguenin, Sally | Sally Huguenin v. Smith & Nephew, Inc. | 10/30/17 |
| 107 | 1:17-cv-03205 | Stevens, William | William G. Stevens and Joan M. Stevens v. Smith & Nephew, Inc. | 10/31/17 |
| 108 | 1:17-cv-03235 | Castano, Dorina | Dorina Castano v. Smith & Nephew, Inc. | 11/02/17 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 109 | 1:17-cv-03390 | Phalen, Kimberly | Kimberly A. Phalen v. Smith & Nephew, Inc. | 11/14/17 |
| 110 | 1:17-cv-03422 | Juliano, Leslie | Leslie Juliano and Paul Juliano v. Smith & Nephew, Inc. | 11/17/17 |
| 111 | 1:17-cv-03426 | Groenig, Matthew | Matthew Groenig v. Smith & Nephew, Inc. | 11/17/17 |
| 112 | 1:17-cv-03427 | Carey, Joanne | Joanne N. Carey v. Smith & Nephew, Inc. | 11/17/17 |
| 113 | 1:17-cv-03458 | Allchin, Jeffrey | Jeffrey Allchin v. Smith & Nephew, Inc. | 11/17/17 |
| 114 | 1:17-cv-03464 | Veit, Michele | Michele Veit and Bruce Veit v. Smith & Nephew, Inc. | 11/17/17 |
| 115 | 1:17-cv-03491 | Cole, Thomas | Thomas A. Cole v. Smith & Nephew, Inc. | 11/22/17 |
| 116 | 1:17-cv-03497 | McLeod, Stephanie | Stephanie A. McLeod v. Smith & Nephew, Inc. | 11/22/17 |
| 117 | 1:17-cv-03498 | Fulton, Ronita | Ronita C. Fulton v. Smith & Nephew, Inc. | 11/22/17 |
| 118 | 1:17-cv-03548 | Yuds, Cathleen | Cathleen Yuds and Johnathan Yuds v. Smith & Nephew, Inc. | 11/29/17 |
| 119 | 1:17-cv-03549 | Holmes, Janice | Janice Holmes and David Holmes v. Smith & Nephew, Inc. | 11/29/17 |
| 120 | 1:17-cv-03550 | Black, Megan | Megan Black and Ray Rogers v. Smith & Nephew, Inc. | 11/29/17 |
| 121 | 1:17-cv-03552 | Williamson, Sherry | Sherry L. Williamson v. Smith & Nephew, Inc. | 11/30/17 |
| 122 | 1:17-cv-03578 | Felton, Louis | Louis Felton, Jr. and Naomi Felton v. Smith & Nephew, Inc. | 12/01/17 |
| 123 | 1:17-cv-03638 | Conlin, Rebecca | Rebecca Conlin and David Conlin v. Smith & Nephew, Inc. | 12/07/17 |
| 124 | 1:17-cv-03646 | Fischer, Raymond | Raymond A. Fischer and Susan C. Fischer v. Smith & Nephew, Inc. | 12/08/17 |
| 125 | 1:17-cv-03676 | Blaise, James | James Blaise v. Smith & Nephew, Inc. | 12/12/17 |
| 126 | 1:17-cv-03684 | Thibodaux, Brett | Brett Thibodaux v. Smith & Nephew, Inc. | 12/13/17 |
| 127 | 1:17-cv-03685 | Herron, Erika | Erika Herron v. Smith & Nephew, Inc. | 12/13/17 |
| 128 | 1:17-cv-03689 | Otis, Constance | Constance A. Otis and Robert E. Otis v. Smith & Nephew, Inc. | 12/14/17 |
| 129 | 1:17-cv-03818 | Mostyn, Raymond | Raymond Mostyn and Robin Mostyn v. Smith & Nephew, Inc. | 12/28/17 |
| 130 | 1:18-cv-00019 | Dutton, Carolyn | Carolyn T. Dutton v. Smith & Nephew, Inc. | 01/03/18 |
| 131 | 1:18-cv-00025 | Semtner, Kevin | Kevin B. Semtner and Stacey Semtner v. Smith & Nephew, Inc. | 01/03/18 |
| 132 | 1:18-cv-00266 | Thompson , Steve | Steve Thompson and Teresa Thompson v. Smith & Nephew, Inc. | 01/26/18 |
| 133 | 1:18-cv-00275 | DeJohn, Colleen | Colleen L. DeJohn v. Smith & Nephew, Inc. | 01/29/18 |
| 134 | 1:18-cv-00276 | Knight, Willie | Willie Knight v. Smith & Nephew, Inc. | 01/29/18 |
| 135 | 1:18-cv-00279 | Ryan, William | Ryan William v. Smith & Nephew, Inc. | 01/29/18 |
| 136 | 1:18-cv-00378 | Coleman, Tami | Tami Coleman and Raymond Coleman v. Smith & Nephew, Inc. | 02/06/18 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 137 | 1:18-cv-00504 | Taylor, Duane | Duane Taylor and Judy Taylor v. Smith & Nephew, Inc. | 02/20/18 |
| 138 | 1:18-cv-00612 | Gard, Constance | Constance Gard v. Smith & Nephew, Inc. | 03/01/18 |
| 139 | 1:18-cv-00614 | Blankstein, Philip | Philip Blankstein v. Smith & Nephew, Inc. | 02/28/18 |
| 140 | 1:18-cv-00616 | Sail, Ronald | Ronald Sail and Suzanne Sail v. Smith & Nephew, Inc. | 02/28/18 |
| 141 | 1:18-cv-00754 | Marx, Daniel | Daniel E. Marx v. Smith & Nephew, Inc. | 03/13/18 |
| 142 | 1:18-cv-00905 | Brown, Deborah | Deborah Brown and William Ferdon v. Smith & Nephew, Inc. | 03/28/18 |
| 143 | 1:18-cv-01010 | Bukoski, Suzanne | Suzanne Marie Bukoski v. Smith & Nephew, Inc. | 04/09/18 |
| 144 | 1:18-cv-01054 | Dubois-Miller, Christine | Christine Dubois-Miller and Miles Miller v. Smith & Nephew, Inc. | 04/11/18 |
| 145 | 1:18-cv-01055 | Thorpe, Denise | Denise Thorpe and James Thorpe v. Smith & Nephew, Inc. | 04/11/18 |
| 146 | 1:18-cv-01056 | Schattner, June | June Schattner v. Smith & Nephew, Inc. | 04/11/18 |
| 147 | 1:18-cv-01080 | Colon, Wilmer | Wilmer Colon v. Smith & Nephew, Inc. | 04/14/18 |
| 148 | 1:18-cv-01081 | Connell , Vickie | Vickie W. Connell v. Smith & Nephew, Inc. | 04/14/18 |
| 149 | 1:18-cv-01082 | Ashby, Janelle | Janelle W. Ashby v. Smith & Nephew, Inc. | 04/14/18 |
| 150 | 1:18-cv-01131 | Garcar, Patricia | Patricia Garcar v. Smith & Nephew, Inc. | 04/19/18 |
| 151 | 1:18-cv-01145 | Gilchrist, Tyrone | Tyrone Gilchrist v. Smith & Nephew, Inc. | 04/20/18 |
| 152 | 1:18-cv-01168 | Wolff, Virginia | Virginia A. Wolff v. Smith & Nephew, Inc. | 04/22/18 |
| 153 | 1:18-cv-01239 | Smith, Karl | Karl A. Smith v. Smith & Nephew, Inc. | 04/30/18 |
| 154 | 1:18-cv-01240 | Hall, Curtis | Curtis W. Hall v. Smith & Nephew, Inc. | 04/30/18 |
| 155 | 1:18-cv-01266 | Daman, Mary Ann | Mary Ann Daman v. Smith & Nephew, Inc. | 04/30/18 |
| 156 | 1:18-cv-01319 | Johnson, Vernon | Vernon L. Johnson v. Smith & Nephew, Inc. | 05/05/18 |
| 157 | 1:18-cv-01458 | Meikle, Starlla | Starlla Meikle v. Smith & Nephew, Inc. | 05/21/18 |
| 158 | 1:18-cv-01467 | Sosa, Ernest | Ernest G. Sosa v. Smith & Nephew, Inc. | 05/22/18 |
| 159 | 1:18-cv-01476 | Surdo, Michael | Michael J. Surdo v. Smith & Nephew, Inc. | 05/22/18 |
| 160 | 1:18-cv-01488 | Pede, Cheryl | Cheryl E. Pede v. Smith & Nephew, Inc. | 05/23/18 |
| 161 | 1:18-cv-01530 | Hurley, Patrick | Patrick L. Hurley v. Smith & Nephew, Inc. | 05/26/18 |
| 162 | 1:18-cv-01531 | Ogren, Debra | Debra Ogren v. Smith & Nephew, Inc. | 05/26/18 |
| 163 | 1:18-cv-01532 | Pastell, Rhonda | Rhonda E. Pastell v. Smith & Nephew, Inc. | 05/26/18 |
| 164 | 1:18-cv-01533 | Ice, Toni | Toni Ann Ice v. Smith & Nephew, Inc. | 05/27/18 |
| 165 | 1:18-cv-01534 | Farrell, Michael | Michael J. Farrell v. Smith & Nephew, Inc. | 05/27/18 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|-----|----------------------|-------------------|--------------|------------------------------------------|
| 166 | 1:18-cv-01550 | Adelis, Nancy | Nancy Adelis v. Smith & Nephew, Inc. | 05/30/18 |
| 167 | 1:18-cv-01589 | Timms, John | John M. Timms v. Smith & Nephew, Inc. | 06/03/18 |
| 168 | 1:18-cv-01590 | Meyers, Laura | Laura K. Meyers v. Smith & Nephew, Inc. | 06/03/18 |
| 169 | 1:18-cv-01591 | Hotynski, Joseph | Joseph V. Hotynski v. Smith & Nephew, Inc. | 06/03/18 |
| 170 | 1:18-cv-01592 | Pschier, Terri | Terri L. Pschier v. Smith & Nephew, Inc. | 06/03/18 |
| 171 | 1:18-cv-01595 | Spinelli, Millie | Millie D. Spinelli v. Smith & Nephew, Inc. | 06/04/18 |
| 172 | 1:18-cv-01628 | Kaestner, Angela | Angela L. Kaestner v. Smith & Nephew, Inc. | 06/05/18 |
| 173 | 1:18-cv-01629 | Honas, Darlene | Darlene K. Honas v. Smith & Nephew, Inc. | 06/05/18 |
| 174 | 1:18-cv-01676 | Lee, Susan Ann | Susan Ann Lee v. Smith & Nephew, Inc. | 06/07/18 |
| 175 | 1:18-cv-01697 | Simmons, Mary | Mary J. Simmons v. Smith & Nephew, INc. | 06/10/18 |
| 176 | 1:18-cv-01698 | Morton, Thomas Dee | Thomas Dee Morton v. Smith & Nephew, Inc. | 06/10/18 |
| 177 | 1:18-cv-01731 | Pax, Ricky | Ricky L. Pax and Kimberly Pax v. Smith & Nephew, Inc. | 06/12/18 |
| 178 | 1:18-cv-01789 | Cossitor, Brian | Brian David Cossitor v. Smith & Nephew, Inc. | 06/16/18 |
| 179 | 1:18-cv-01790 | Hallman, Diane | Diane Hallman v. Smith & Nephew, Inc. | 06/16/18 |
| 180 | 1:18-cv-01807 | Fonzi, Robert | Robert Fonzi and Jill Fonzi v. Smith & Nephew, Inc. | 06/18/18 |
| 181 | 1:18-cv-01823 | McKenney, Margaret | Margaret A. McKenney v. Smith & Nephew, Inc. | 06/19/18 |
| 182 | 1:18-cv-01865 | Taylor, Thomas | Thomas Taylor and Amanda Taylor v. Smith & Nephew, Inc. | 06/22/17 |
| 183 | 1:18-cv-01876 | Pye, Ellen | Ellen S. Pye v. Smith & Nephew, Inc. | 06/24/18 |
| 184 | 1:18-cv-01888 | Keyes, Leslie | Leslie Keyes v. Smith & Nephew, Inc. | 06/25/18 |
| 185 | 1:18-cv-01915 | Newhouse, Daniel | Daniel Newhouse v. Smith & Nephew, Inc. | 06/25/18 |
| 186 | 1:18-cv-01916 | Kalcec, Donald | Donald E. Kalcec v. Smith & Nephew, Inc. | 06/25/18 |
| 187 | 1:18-cv-01992 | Morrison, Susan | Susan E. Morrison v. Smith & Nephew, Inc. | 07/01/18 |
| 188 | 1:18-cv-02146 | Yasnowski, John | John A. Yasnowski and Bernice Yasnowski v. Smith & Nephew, Inc., and John Does 1-10, Inc. | 07/13/18 |
| 189 | 1:18-cv-02195 | Hayman, Michael | Michael Hayman and Nancy Hayman v. Smith & Nephew, Inc. | 07/17/18 |
| 190 | 1:18-cv-02231 | Barrett, Timothy | Timothy J. Barrett v. Smith & Nephew, Inc. | 07/22/18 |
| 191 | 1:18-cv-02232 | Taylor, Blake | Blake K. Taylor v. Smith & Nephew, Inc. | 07/22/18 |
| 192 | 1:18-cv-02371 | Haug, Vivian | Vivian F. Haug and J. David Haug v. Smith & Nephew, Inc. | 08/02/18 |
| 193 | 1:18-cv-02402 | Valente, Thomas | Thomas Valente v. Smith & Nephew, Inc. | 08/06/18 |
| 194 | 1:18-cv-02403 | Kitchin, Steven | Steven M. Kitchin v. Smith & Nephew, Inc. | 08/07/18 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 195 | 1:18-cv-02405 | Grieshop, Joline | Joline Grieshop v. Smith & Nephew, Inc. | 08/07/18 |
| 196 | 1:18-cv-02409 | Marklow, III, Frederick | Frederick Marklow, III and Pamela Marklow v. Smith & Nephew, Inc. | 08/07/18 |
| 197 | 1:18-cv-02411 | Steyer, Frederick | Frederick Steyer and Rhea Steyer v. Smith & Nephew, Inc. | 08/07/18 |
| 198 | 1:18-cv-02539 | Stevens, Karen | Karen E. Stevens v. Smith & Nephew, Inc. | 08/17/18 |
| 199 | 1:18-cv-02546 | Lathion, Roderic | Roderic C. Lathion v. Smith & Nephew, Inc. | 08/18/18 |
| 200 | 1:18-cv-02547 | Martin, Charles | Charles R. Martin v. Smith & Nephew, Inc. | 08/18/18 |
| 201 | 1:18-cv-02549 | Sherr, Cecilia | Cecilia B. Sherr v. Smith & Nephew, Inc. | 08/19/18 |
| 202 | 1:18-cv-02656 | Taylor III, Lonnie | Lonnie O. Taylor III and Sandra Taylor v. Smith & Nephew, Inc. | 08/28/18 |
| 203 | 1:18-cv-02671 | Kneiser, Patti | Patti T. Kneiser v. Smith & Nephew, Inc. | 08/28/18 |
| 204 | 1:18-cv-02681 | Watkins, Joseph | Joseph Watkins and Michelle Watkins v. Smith & Nephew, Inc. | 08/29/18 |
| 205 | 1:18-cv-02788 | DeGeorge, Joseph | Joseph DeGeorge and Eileen DeGeorge v. Smith & Nephew, Inc. | 09/10/18 |
| 206 | 1:18-cv-02789 | Gilbertson, Patricia | Patricia Gilbertson and William Gilbertson v. Smith & Nephew, Inc. | 09/10/18 |
| 207 | 1:18-cv-02820 | Difalco, Daniel | Daniel Difalco and Jan Difalco v. Smith & Nephew, Inc. | 09/11/18 |
| 208 | 1:18-cv-02834 | Ritch, Verlin | Tracy L. Ritch, Individually, and as Personal Representative of the Estate of Verlin Ray Ritch, Jr. v. Smith & Nephew, Inc. | 09/11/18 |
| 209 | 1:18-cv-02843 | Henry, Michael | Michael C. Henry v. Smith & Nephew, Inc. | 09/12/18 |
| 210 | 1:18-cv-02871 | Hernandez, Martin | Martin Hernandez and Gloria Hernandez v. Smith & Nephew, Inc. | 09/17/18 |
| 211 | 1:18-cv-02888 | Lawson, Keith | Keith Lawson and Victoria Lawson v. Smith & Nephew, Inc. | 09/18/18 |
| 212 | 1:18-cv-02944 | Chaput, Tracey | Tracey Chaput and Len Chaput v. Smith & Nephew, Inc. | 09/24/18 |
| 213 | 1:18-cv-02975 | Schuett, David | David Schuett v. Smith & Nephew, Inc. | 09/24/18 |
| 214 | 1:18-cv-03031 | Radzwion, Nancy | Nancy Radzwion v. Smith & Nephew, Inc. | 10/02/18 |
| 215 | 1:18-cv-03040 | Vargas, John | John E. Vargas and Shelley Vargas v. Smith & Nephew, Inc. | 10/03/18 |
| 216 | 1:18-cv-03050 | Brennan-Claydon, Kathleen | Kathleen Brennan-Claydon and Glenn Claydon v. Smith & Nephew, Inc. | 10/04/18 |
| 217 | 1:18-cv-03051 | Carpenter, Amy | Amy Carpenter and Shawn Carpenter v. Smith & Nephew, Inc. | 10/04/18 |
| 218 | 1:18-cv-03123 | Mack, Marilyn | Marilyn Mack v. Smith & Nephew, Inc. | 10/10/18 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 219 | 1:18-cv-03124 | Reuteman, Julie | Julie Reuteman and Joseph Reuteman v. Smith & Nephew, Inc. | 10/10/18 |
| 220 | 1:18-cv-03125 | Scott, Kimberly | Kimberly Scott and Thomas Scott v. Smith & Nephew, Inc. | 10/10/18 |
| 221 | 1:18-cv-03128 | Rawdanowicz, John | John Rawdanowicz and Deborah Rawdanowicz v. Smith & Nephew, Inc. | 10/10/18 |
| 222 | 1:18-cv-03140 | Schultz, Jeffrey | Jeffrey Shultz v. Smith & Nephew, Inc. | 10/10/18 |
| 223 | 1:18-cv-03141 | Carr, Jr., William | William A. Carr, Jr. v. Smith & Nephew, Inc. | 10/10/18 |
| 224 | 1:18-cv-03179 | Barczak, Mark | Mark M. Barczak v. Smith & Nephew, Inc. | 10/12/18 |
| 225 | 1:18-cv-03181 | Jolicoeur, Jodi | Jodi M. Jolicoeur v. Smith & Nephew, Inc. | 10/14/18 |
| 226 | 1:18-cv-03268 | Harvell, Catherine | Catherine D. Harvell v. Smith & Nephew, Inc. | 10/23/18 |
| 227 | 1:18-cv-03273 | Miller, James | James E. Miller v. Smith & Nephew, Inc. | 10/25/18 |
| 228 | 1:18-cv-03336 | Castoro, Paula | Paula Castoro v. Smith & Nephew, Inc. | 10/29/18 |
| 229 | 1:18-cv-03358 | Henry, Stephen | Stephen Randal Henry and Manal Jane Aboelata v. Smith & Nephew, Inc. | 10/30/18 |
| 230 | 1:18-cv-03394 | Habegger, Darren | Darren Habegger v. Smith & Nephew, Inc. | 11/02/18 |
| 231 | 1:18-cv-03409 | Bradley, David | David Joseph Bradley v. Smith & Nephew, Inc. | 11/04/18 |
| 232 | 1:18-cv-03506 | Harvey, William | William Harvey v. Smith & Nephew, Inc. | 11/13/18 |
| 233 | 1:18-cv-03507 | Locke, Jeffrey | Jeffrey Locke v. Smith & Nephew, Inc. | 11/13/18 |
| 234 | 1:18-cv-03520 | Mosca, Phyliss | Phyliss Mosca v. Smith & Nephew, Inc. | 11/14/18 |
| 235 | 1:18-cv-03557 | Hardy, Brian | Brian L. Hardy v. Smith & Nephew, Inc. | 11/16/18 |
| 236 | 1:18-cv-03577 | VanBerkum, Katherine | Katherine A. VanBerkum v. Smith & Nephew, Inc. | 11/20/18 |
| 237 | 1:18-cv-03594 | Monte, Virginia | Virginia R. Monte v. Smith & Nephew, Inc. | 11/22/18 |
| 238 | 1:18-cv-03637 | Johnson, Laura | Laura K. Johnson v. Smith & Nephew, Inc. | 11/28/18 |
| 239 | 1:18-cv-03638 | Gil, Sylvie | Sylvie Gil v. Smith & Nephew, Inc. | 11/28/18 |
| 240 | 1:18-cv-03639 | Kiley, Ellen | Ellen K. Kiley v. Smith & Nephew, Inc. | 11/28/18 |
| 241 | 1:18-cv-03706 | Schlager, Rick | Rick Schlager v. Smith & Nephew, Inc. | 12/01/18 |
| 242 | 1:18-cv-03717 | Baker, William | William Baker v. Smith & Nephew, Inc. | 12/03/18 |
| 243 | 1:18-cv-03948 | Daly, Jesse | Jesse Daly and Coleen Daly v. Smith & Nephew, Inc. | 12/20/18 |
| 244 | 1:19-cv-00049 | Saifman, Neil | Neil Saifman and Heather Saifman v. Smith & Nephew, Inc. | 01/06/19 |
| 245 | 1:19-cv-00109 | Smith, Susan | Susan Smith and Harlem Bass v. Smith & Nephew, Inc. | 01/10/19 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 246 | 1:19-cv-00110 | Feller, Ronald | Ronald Feller v. Smith & Nephew, Inc. | 01/10/19 |
| 247 | 1:19-cv-00165 | Gonsoroski, David | David Gonsoroski v. Smith & Nephew, Inc. | 01/17/19 |
| 248 | 1:19-cv-00216 | Bledsoe, Elizabeth | Elizabeth Bledsoe v. Smith & Nephew, Inc. | 01/24/19 |
| 249 | 1:19-cv-00277 | Gray, Donna | Donna Gray and Charles Gray v. Smith & Nephew, Inc. | 01/29/19 |
| 250 | 1:19-cv-00371 | Brown, Dallas | Dallas Susan Brown and Alvin Brown v. Smith & Nephew, Inc. | 02/07/19 |
| 251 | 1:19-cv-00377 | Roybal, Harvey | Harvey Roybal v. Smith & Nephew, Inc. | 02/07/19 |
| 252 | 1:19-cv-00381 | Laffey, Andrew | Andrew Laffey v. Smith & Nephew, Inc. | 02/08/19 |
| 253 | 1:19-cv-00386 | Gregorian-Bailey, Tatiana | Tatiana Gregorian-Bailey and Bobbie Bailey v. Smith & Nephew, Inc. | 02/08/19 |
| 254 | 1:19-cv-00402 | Jensen, Scott | Scott Jensen v. Smith & Nephew, Inc. | 02/11/19 |
| 255 | 1:19-cv-00412 | Clark, Chris | Chris M. Clark v. Stacey Clark v. Smith & Nephew, Inc. | 02/12/19 |
| 256 | 1:19-cv-00430 | Harsha, Edna | Edna Harsha and William Harsha v. Smith & Nephew, Inc. | 02/13/19 |
| 257 | 1:19-cv-00456 | Retamoza, Nicholas | Nicholas A Retamoza v. Smith & Nephew, Inc. | 02/14/19 |
| 258 | 1:19-cv-00478 | Kissner, Garen | Garen Kissner v. Smith & Nephew, Inc. | 02/15/19 |
| 259 | 1:19-cv-00589 | Rojas, Alfredo | Alfredo A. Rojas v. Smith & Nephew, Inc. | 02/25/19 |
| 260 | 1:19-cv-00621 | Whittington, Scott | Scott H. Whittington v. Smith & Nephew, Inc. | 02/27/19 |
| 261 | 1:19-cv-00644 | Milliken, Michael | Michael B. Milliken and Kari Milliken v. Smith & Nephew, Inc. | 02/28/19 |
| 262 | 1:19-cv-00672 | Mazzuchelli, Pamela | Pamela Mazzuchelli and Stephen Mazzuchelli v. Smith & Nephew, Inc. | 03/05/19 |
| 263 | 1:19-cv-00730 | Davis, Elizabeth | Elizabeth Davis and Scott Davis v. Smith & Nephew, Inc. | 03/08/19 |
| 264 | 1:19-cv-00796 | Ramsey , Hattye | Hattye A. Ramsey v. Smith & Nephew, Inc. | 03/15/19 |
| 265 | 1:19-cv-00797 | Fry, James | James E. Fry v. Smith & Nephew, Inc. | 03/15/19 |
| 266 | 1:19-cv-00841 | Maguire, James | James Maguire v. Smith & Nephew, Inc. | 03/20/19 |
| 267 | 1:19-cv-00850 | Encinas-Fulgham, Linda | Linda S. Encinas-Fulgham and Patrick C. Fulgham v. Smith & Nephew, Inc. | 03/21/19 |
| 268 | 1:19-cv-00875 | Baker Crane, Martha | Martha Baker Crane and Damien Crane v. Smith & Nephew, Inc. | 03/25/19 |
| 269 | 1:19-cv-01068 | Acker, Gale | Gale Acker v. Smith & Nephew, Inc. | 04/10/19 |
| 270 | 1:19-cv-01211 | Whelan, Jess | Jess David Whelan v. Smith & Nephew, Inc. | 04/25/19 |
| 271 | 1:19-cv-01221 | Crandall, Thomas | Thomas Crandall v. Smith & Nephew, Inc. | 04/25/19 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 272 | 1:19-cv-01231 | Bokinz, Robert | Robert Bokinz and Carol Bokinz v. Smith & Nephew, Inc. | 04/26/19 |
| 273 | 1:19-cv-01238 | Beauchamp, Brian | Brian H. Beauchamp v. Smith & Nephew, Inc. | 04/29/19 |
| 274 | 1:19-cv-01239 | Lenander, John | John R. Lenander v. Smith & Nephew, Inc. | 04/29/19 |
| 275 | 1:19-cv-01261 | Kearley, Donald | Donald C. Kearley v. Smith & Nephew, Inc. | 04/29/19 |
| 276 | 1:19-cv-01263 | Bitti, Teresa | Teresa Bitti v. Smith & Nephew, Inc. | 04/30/19 |
| 277 | 1:19-cv-01280 | Suzanne-Opiel, Stephanie | Stephanie Suzanne-Opiel and Timothy Opiel v. Smith & Nephew, Inc. | 04/30/19 |
| 278 | 1:19-cv-01415 | Richter, Brian | Brian T. Richter v. Smith & Nephew, Inc. | 05/14/19 |
| 279 | 1:19-cv-01446 | Thompson, David | David Thompson and Beatriz Medwecky v. Smith & Nephew, Inc. | 05/17/19 |
| 280 | 1:19-cv-01454 | Cochran, Nicholas | Nicholas R. Cochran v. Smith & Nephew, Inc. | 05/17/19 |
| 281 | 1:19-cv-01527 | Piecka, Barbara | Barbara Piecka v. Smith & Nephew, Inc. | 05/23/19 |
| 282 | 1:19-cv-01586 | Skarda, John | John Skarda and Angela Skarda v. Smith & Nephew, Inc. | 05/30/19 |
| 283 | 1:19-cv-01603 | McCauley, Becky | Becky Jo McCauley and James Hietala v. Smith & Nephew, Inc. | 05/31/19 |
| 284 | 1:19-cv-01882 | Ashby, Lynette | Lynette Ashby v. Smith & Nephew, Inc. | 06/26/19 |
| 285 | 1:19-cv-01905 | Morton, David | David Morton v. Smith & Nephew, Inc. | 06/27/19 |
| 286 | 1:19-cv-01929 | Dixon, David | David Dixon & Jennifer Dixon v. Smith & Nephew Inc. | 07/01/19 |
| 287 | 1:19-cv-01930 | Jones, Dwight | Dwight Jones & Mae Jones v. Smith & Nephew, Inc. | 07/01/19 |
| 288 | 1:19-cv-02010 | Paloulian, Patricia | Patricia S. Paloulian v. Smith & Nephew, Inc. | 07/09/19 |
| 289 | 1:19-cv-02066 | Sarrack, Karen | Karen Sarrack and Gust Sarrack v. Smith & Nephew, Inc. | 07/15/19 |
| 290 | 1:19-cv-02127 | Conlon, Michael | Michael Conlon & Cathleen Conlon v. Smith & Nephew, Inc. | 07/19/19 |
| 291 | 1:19-cv-02128 | McPherson, Susan | Susan McPherson v. Smith & Nephew, Inc. | 07/19/19 |
| 292 | 1:19-cv-02129 | Morgan, Daniel | Daniel Morgan & Carrie Morgan v. Smith & Nephew, Inc. | 07/19/19 |
| 293 | 1:19-cv-02153 | Craig-Dunn, Lynnea | Lynnea Craig-Dunn v. Smith & Nephew, Inc., a Tennessee Corporation | 07/22/19 |
| 294 | 1:19-cv-02201 | Becker, Timothy | Timothy Becker and Karen Becker v. Smith & Nephew, Inc. | 07/26/19 |
| 295 | 1:19-cv-02245 | Brush, Barbara | Barbara Brush & Wayne Brush v. Smith & Nephew, Inc. | 08/02/19 |
| 296 | 1:19-cv-02273 | Staggs, Amber | Amber D. Staggs and Mason Lee Staggs v. Smith & Nephew, Inc. | 08/07/19 |
| 297 | 1:19-cv-02289 | Tate, Wilma | Wilma Tate and Richard Linkiewicz v. Smith & Nephew, Inc. | 08/07/19 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 298 | 1:19-cv-02328 | Vance, Kathy | Kathy Vance v. Smith & Nephew, Inc. | 08/13/19 |
| 299 | 1:19-cv-02484 | Freeman, Andrew | Andrew L. Freeman v. Smith & Nephew, Inc. | 08/29/19 |
| 300 | 1:19-cv-02491 | Canavan, David | David B. Canavan v. Smith & Nephew, Inc. | 08/29/19 |
| 301 | 1:19-cv-02639 | Qualls, Suzanne | Suzanne Qualls & Kerry Qualls v. Smith & Nephew, Inc. | 09/11/19 |
| 302 | 1:19-cv-02663 | Lourido, Alvaro | Alvaro Lourido & Odalis Marquez v. Smith & Nephew, Inc. | 09/12/19 |
| 303 | 1:19-cv-02667 | Brown, David | David Brown & Holly Brown v. Smith & Nephew, Inc. | 09/12/19 |
| 304 | 1:19-cv-02747 | Burgstaller, Andre | Andre Burgstaller v. Smith & Nephew, Inc. | 09/17/19 |
| 305 | 1:19-cv-02884 | Thompson, Clark | Clark Thompson & Sylvia Thompson v. Smith & Nephew, Inc. | 10/01/19 |
| 306 | 1:19-cv-02989 | Gibbons, John | John Gibbons & Kerima Gibbons v. Smith & Nephew, Inc. | 10/14/19 |
| 307 | 1:19-cv-03004 | Schwartz, Michael | Michael Schwartz v. Smith & Nephew, Inc. | 10/15/19 |
| 308 | 1:19-cv-03014 | Dikobe, Botlhale | Bothlhale J. Dikobe v. Smith & Nephew, Inc. | 10/16/19 |
| 309 | 1:19-cv-03116 | Williams, Paul | Paul Williams v. Smith & Nephew, Inc. | 10/28/19 |
| 310 | 1:19-cv-03118 | Meek, Robert | Robert Meek v. Smith & Nephew, Inc. | 10/28/19 |
| 311 | 1:19-cv-03212 | Parish, Albert | Albert Parish & Jeanne Parish v. Smith & Nephew, Inc. | 11/06/19 |
| 312 | 1:19-cv-03247 | Diveley, Pamela | Pamela G. Diveley v. Smith & Nephew, Inc. | 11/10/19 |
| 313 | 1:19-cv-03286 | Harrison, William | William Rhett Harrison v. Smith & Nephew, Inc. | 11/14/19 |
| 314 | 1:19-cv-03287 | Hendrix, Kendale | Kendale W. Hendrix v. Smith & Nephew, Inc. | 11/14/19 |
| 315 | 1:19-cv-03386 | Weiand, Edward | Edward K. Weiand & Theresa H. Weiand v. Smith & Nephew, Inc. | 11/25/19 |
| 316 | 1:19-cv-03424 | Pitts, Richard | Richard Pitts & Susan Pitts v. Smith & Nephew, Inc. | 11/27/19 |
| 317 | 1:19-cv-03425 | Waimon, Charles | Charles & Margit Waimon v. Smith & Nephew, Inc. | 11/27/19 |
| 318 | 1:19-cv-03582 | McMillan, Donald | Donald A. McMillan v. Smith & Nephew, Inc. | 12/13/19 |
| 319 | 1:19-cv-03603 | McQuillen, Keith | Keith McQuillen and Tania Martin v. Smith & Nephew, Inc. | 12/20/19 |
| 320 | 1:19-cv-03634 | Sloan, Susan | Susan D. Sloan v. Smith & Nephew, Inc. | 12/24/19 |
| 321 | 1:19-cv-03635 | Warden, Jason | Jason J. Warden v. Smith & Nephew, Inc. | 12/24/19 |
| 322 | 1:20-cv- 02067 | Roemer, Peter | Peter and Donna Roemer v. Smith & Nephew, Inc. | 07/22/20 |
| 323 | 1:20-cv-00038 | Dooley, Mark | Mark Dooley and Kelly J. Dooley v. Smith & Nephew, Inc. | 01/07/20 |
| 324 | 1:20-cv-00192 | Pennell, Eugene | Eugene Pennell v. Smith & Nephew, Inc. | 01/22/20 |
| 325 | 1:20-cv-00290 | Cleveland, Robert | Robert Cleveland v. Smith & Nephew, Inc. | 02/03/20 |
| 326 | 1:20-cv-00320 | Cappone, Theodore | Theodore T. Cappone v. Smith & Nephew, Inc. | 02/06/20 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 327 | 1:20-cv-00324 | Merz, Ken | Ken Merz and Pat Benson Merz v. Smith & Nephew, Inc. | 02/20/20 |
| 328 | 1:20-cv-00326 | Wendorf-Fox, Rose | Rose Wendorf-Fox v. Smith and Nephew, Inc. | 02/07/20 |
| 329 | 1:20-cv-00394 | Neyens, Phyllis | Phyllis Neyens v. Smith & Nephew, Inc. | 02/14/20 |
| 330 | 1:20-cv-00444 | Warren, Charles | Charles Warren and Kimberly Warren v. Smith & Nephew, Inc. | 02/20/20 |
| 331 | 1:20-cv-00553 | Bruce, Gregory | Gregory Bruce v. Smith & Nephew, Inc. | 02/28/20 |
| 332 | 1:20-cv-00560 | Browne, Jeffrey | Jeffrey A. Browne v. Smith & Nephew, Inc. | 03/02/20 |
| 333 | 1:20-cv-00708 | Ramczyk, Patricia | Patricia Ramczyk and Leonard Ramczyk v. Smith & Nephew, Inc. | 03/19/20 |
| 334 | 1:20-cv-00931 | Morrison, Ritchard | Ritchard Morrison v. Smith & Nephew, Inc. | 04/09/20 |
| 335 | 1:20-cv-00962 | Falls, Patrick | Patrick Falls and Kareen A. Falls v. Smith & Nephew, Inc. | 04/15/20 |
| 336 | 1:20-cv-01034 | Morgan, Randall | Randall Morgan & Mary Morgan v. Smith & Nephew, Inc. | 04/21/20 |
| 337 | 1:20-cv-01053 | Kelley, Daniel | Daniel Kelly and Susan Kelley v. Smith & Nephew, Inc. | 04/24/20 |
| 338 | 1:20-cv-01059 | Cohen, Elizabeth | Elizabeth Cohen v. Smith & Nephew, Inc. | 04/24/20 |
| 339 | 1:20-cv-01065 | Lawrence, Elizabeth | Elizabeth Lawrence v. Smith & Nephew, Inc. | 04/27/20 |
| 340 | 1:20-cv-01096 | Ezell, Lori | Lori B. Ezell v. Smith & Nephew, Inc. | 04/28/20 |
| 341 | 1:20-cv-01099 | Young, Stephen | Stephen W. Young v. Smith & Nephew, Inc. | 04/28/20 |
| 342 | 1:20-cv-01106 | McPhail, Ricky | Ricky McPhail v. Smith & Nephew, Inc. | 04/29/20 |
| 343 | 1:20-cv-01114 | Brecker, Ann | Ann Brecker and Christopher Brecker v. Smith & Nephew, Inc. | 04/28/20 |
| 344 | 1:20-cv-01116 | Harris, Suzanne | Suzanne J. Harris v. Smith & Nephew, Inc. | 04/30/20 |
| 345 | 1:20-cv-01126 | Scoville, James | James Scoville v. Smith & Nephew, Inc. | 05/06/20 |
| 346 | 1:20-cv-01151 | Wilbur, Robert | Robert Wilbur & Rebecca Wilbur v. Smith & Nephew, Inc. | 05/05/20 |
| 347 | 1:20-cv-01177 | Hamlett, Boyce | Boyce Hamlett v. Smith & Nephew, Inc. | 05/08/20 |
| 348 | 1:20-cv-01271 | Austin, Lisa | Lisa L. Austin v. Smith & Nephew, Inc. | 05/21/20 |
| 349 | 1:20-cv-01279 | Ridella, James | James J. Ridella v. Smith & Nephew, Inc. | 05/21/20 |
| 350 | 1:20-cv-01350 | Lundy, Nancy | Nancy Lundy v. Smith & Nephew, Inc. | 06/01/20 |
| 351 | 1:20-cv-01522 | Seidl, Michael | Michael Seidl v. Smith & Nephew, Inc. | 06/05/20 |
| 352 | 1:20-cv-01814 | Thayer, John | John Thayer and Patricia Thayer v. Smith & Nephew, Inc. | 06/12/20 |
| 353 | 1:20-cv-01830 | Hall, Timothy | Timothy C. Hall v. Smith & Nephew, Inc. | 06/15/20 |
| 354 | 1:20-cv-01858 | Ranville, Mark | Mark Ranville & Sally Ranville v. Smith & Nephew, Inc. | 06/18/20 |
| 355 | 1:20-cv-01872 | Rogan, Jerry | Jerry Rogan v. Smith & Nephew, Inc. | 06/19/20 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 356 | 1:20-cv-01923 | Beckler, Julie | Julie Ann Beckler v. Smith & Nephew, Inc. | 06/29/20 |
| 357 | 1:20-cv-01957 | Napolitano, Anthony | Anthony Napolitano v. Smith & Nephew, Inc. | 07/01/20 |
| 358 | 1:20-cv-02011 | Skog, Darrell | Darrell and Amy Skog v. Smith & Nephew, Inc. | 07/09/20 |
| 359 | 1:20-cv-02065 | Smith, Jasen | Jasen Smith v. Smith & Nephew, Inc. | 07/20/20 |
| 360 | 1:20-cv-02220 | Walker, Kendall | Kendall L. Walker v. Smith & Nephew, Inc. | 07/30/20 |
| 361 | 1:20-cv-02247 | Montalvo, Jr., Candido | Candido Montalvo, Jr. and Maria Cruz v. Smith & Nephew, Inc. | 08/04/20 |
| 362 | 1:20-cv-02249 | Cowdrey, Jeffrey | Jeffrey and Kelly Cowdrey v. Smith & Nephew, Inc. | 08/04/20 |
| 363 | 1:20-cv-02351 | Korab, Arthur | Arthur and Marjorie Korab v. Smith & Nephews, Inc. | 08/14/20 |
| 364 | 1:20-cv-02373 | Goldman, Jack | Jack and Hinda Goldman v. Smith & Nephew | 08/27/20 |
| 365 | 1:20-cv-02411 | Carter, Melissa | Melissa Ann and Jon Carter v. Smith & Nephew, Inc. | 08/20/20 |
| 366 | 1:20-cv-02452 | Cologne, Alexjandro | Alexjandro Cologne v. Smith & Nephew, Inc. | 08/25/20 |
| 367 | 1:20-cv-02566 | Yancey, Charles | Charles and Shirley Yancey v. Smith & Nephew, Inc. | 09/04/20 |
| 368 | 1:20-cv-02614 | Franklin, Gerald | Gerald Franklin v. Smith & Nephew, Inc. | 09/11/20 |
| 369 | 1:20-cv-02682 | Harris, Martha | Martha P. Harris v. Smith & Nephew, Inc. | 09/16/20 |
| 370 | 1:20-cv-02686 | Smith-Vollhardt, Cynthia | Cynthia L. Smith-Vollhardt v. Smith & Nephew, Inc. | 09/16/20 |
| 371 | 1:20-cv-02837 | Becker, Joann | Joann W. Becker v. Smith & Nephew, Inc. | 09/30/20 |
| 372 | 1:20-cv-02863 | Ahrem, Walter | Walter Ahrem v. Smith & Nephew, Inc. | 10/02/20 |
| 373 | 1:20-cv-02878 | Russell, Bruce | Bruce A. Russell v. Smith & Nephew, Inc. | 10/05/20 |
| 374 | 1:20-cv-02983 | Schrick, Josh | Josh Schrick v. Smith & Nephew, Inc. | 10/15/20 |
| 375 | 1:20-cv-03062 | Romp, John | John Romp and Sharon Romp v. Smith & Nephew, Inc. | 10/21/20 |
| 376 | 1:20-cv-03145 | New, Tammy | Tammy Anne New v. Smith & Nephew, Inc. | 10/29/20 |
| 377 | 1:20-cv-03159 | Steelman, Nancy | Nancy Steelman and James Steelman v. Smith & Nephew, Inc. | 10/30/20 |
| 378 | 1:20-cv-03274 | Hedrick, Everett | Everett W. Hedrick v. Smith & Nephew, Inc. | 11/12/20 |
| 379 | 1:20-cv-03301 | Anderson, David | David G. Anderson v. Smith & Nephew, Inc. | 11/13/20 |
| 380 | 1:20-cv-03323 | Bousselaire, George | George Bousselaire v. Smith & Nephew, Inc. | 11/17/20 |
| 381 | 1:20-cv-03393 | Spence, Angela | Angela Spence and Kenneth Johnson v. Smith & Nephew, Inc. | 11/20/20 |
| 382 | 1:20-cv-03396 | Goode, John | John Goode v. Smith & Nephew, Inc. | 11/20/20 |
| 383 | 1:20-cv-03397 | Ezdon, Marilyn | Marilyn Ezdon and Tom Ezdon v. Smith & Nephew, Inc. | 11/20/20 |
| 384 | 1:20-cv-03442 | Zinn, Michael | Michael Zinn v. Smith & Nephew, Inc. | 11/25/20 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 385 | 1:20-cv-03454 | Haight, Gordon | Gordon G. Haight v. Smith & Nephew, Inc. | 11/25/20 |
| 386 | 1:20-cv-03513 | Scott, Gordon | Gordon Scott v. Smith & Nephew, Inc. | 12/03/20 |
| 387 | 1:20-cv-03569 | Blamire, Anne | Anne Blamire and James Blamire v. Smith & Nephew, Inc. | 12/09/20 |
| 388 | 1:20-cv-03642 | Hawkins, Kathryn | Kathryn Hawkins v. Smith & Nephew, Inc. | 12/17/20 |
| 389 | 1:20-cv-03688 | Nuzzo, Ronald | Ronald John Nuzzo v. Smith & Nephew, Inc. | 12/21/20 |
| 390 | 1:20-cv-03721 | Davis, David | David Davis v. Smith & Nephew, Inc. | 12/23/20 |
| 391 | 1:20-cv-03742 | Oja, Kim | Kim Oja v. Smith & Nephew, Inc. | 12/24/20 |
| 392 | 1:20-cv-03755 | Sandall, Pamela | Pamela S. Sandall v. Smith & Nephew, Inc. | 12/28/20 |
| 393 | 1:21-cv-00027 | Tennyson, Jo Ann | Jo Ann Tennyson v. Smith & Nephew, Inc. | 01/05/21 |
| 394 | 1:21-cv-00063 | Murakami, Rick | Rick Murakami v. Smith & Nephew, Inc. | 01/06/21 |
| 395 | 1:21-cv-00120 | Jenkins, Garfield | Garfield Jenkins v. Smith & Nephew, Inc. | 01/14/21 |
| 396 | 1:21-cv-00146 | Van Randall, Jenea | Jenea M. Van Randall v. Smith & Nephew, Inc. | 01/18/21 |
| 397 | 1:21-cv-00152 | Kontowicz, Christopher | Christopher Kontowicz v. Smith & Nephew, Inc. | 01/20/21 |
| 398 | 1:21-cv-00155 | Bouwer, John | John P. Bouwer v. Smith & Nephew, Inc. | 01/20/21 |
| 399 | 1:21-cv-00191 | Kiernan, Mary | Mary A. Kiernan v. Smith & Nephew, Inc. | 01/22/21 |
| 400 | 1:21-cv-00228 | Carver, Amy | Amy Carver and John Carver v. Smith & Nephew, Inc. | 01/27/21 |
| 401 | 1:21-cv-00232 | Boccok, Donald | Donald L. Bocook v. Smith & Nephew, Inc. | 01/27/21 |
| 402 | 1:21-cv-00233 | Reynolds, Cynthia | Cynthia R. Reynolds v. Smith & Nephew, Inc. | 01/27/21 |
| 403 | 1:21-cv-00235 | Price, Stephen | Stephen R. Price v. Smith & Nephew, Inc. | 01/28/21 |
| 404 | 1:21-cv-00323 | Adam, Greto | Adam Greto v. Smith & Nephew, Inc. | 02/09/21 |
| 405 | 1:21-cv-00332 | Herndon, Stephen | Stephen Herndon and Sabrina Herndon v. Smith & Nephew, Inc. | 02/09/21 |
| 406 | 1:21-cv-00333 | Meyers, Keith | Keith Meyers and Michelle Meyers v. Smith & Nephew, Inc. | 02/09/21 |
| 407 | 1:21-cv-00371 | Fulbright, Robert | Robert Fulbright and Renee Fulbright v. Smith & Nephew, Inc., et al. | 02/26/21 |
| 408 | 1:21-cv-00710 | Rozo, Diego | Diego Rozo and Beatriz Rozo v. Smith & Nephew, Inc. | 03/18/21 |
| 409 | 1:21-cv-00731 | Miller, Wayne | Wayne Miller v. Smith & Nephew, Inc. | 03/25/21 |
| 410 | 1:21-cv-00746 | Kelley, Stephen | Stephen Kelley and MaryAnn Kelly v. Smith & Nephew, Inc. | 03/24/21 |
| 411 | 1:21-cv-00810 | Murray, Michele | Michele Murray v. Smith & Nephew, Inc. | 04/01/21 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 412 | 1:21-cv-00871 | Chin, Mark | Mark Chin v. Smith & Nephew, Inc. | 04/07/21 |
| 413 | 1:21-cv-00917 | Lewandowski, Scott | Scott R. Lewandowski v. Smith & Nephew, Inc. | 04/13/21 |
| 414 | 1:21-cv-00928 | Reilly, Patricia | Patricia A. Reilly v. Smith & Nephew, Inc. | 04/14/21 |
| 415 | 1:21-cv-00941 | Kamp, Janette | Janette M. Kamp v. Smith & Nephew, Inc. | 04/15/21 |
| 416 | 1:21-cv-01004 | Satterfield, Dorsey | Dorsey Satterfield and Wendy Ann Satterfield v. Smith & Nephew, Inc. | 04/23/21 |
| 417 | 1:21-cv-01028 | Beighey, William | William D. Beighey v. Smith & Nephew, Inc. | 04/27/21 |
| 418 | 1:21-cv-01045 | Hutter, Lorri | Lorri J. Hutter v. Smith & Nepehw, Inc. | 04/29/21 |
| 419 | 1:21-cv-01047 | Ring, Jane | Jane M. Ring v. Smith & Nephew, Inc. | 04/29/21 |
| 420 | 1:21-cv-01131 | Lastoria, Kimberly | Kimberly Lastoria and Michael Lastoria v. Smith & Nephew, Inc. | 05/10/21 |
| 421 | 1:21-cv-01163 | Dewey, Darlene | Darlene S. Dewey v. Smith & Nephew, Inc. | 05/13/21 |
| 422 | 1:21-cv-01237 | Johnson, David | David Johnson and Rozlyn Johnson v. Smith & Nephew | 05/20/21 |
| 423 | 1:21-cv-01463 | Kowalczyk, John | John Kowalczyk and Tina Kowalczyk v. Smith & Nephew, Inc. | 06/11/21 |
| 424 | 1:21-cv-01467 | Docking, Susan | Susan Docking v. Smith & Nephew, Inc. | 06/11/21 |
| 425 | 1:21-cv-01489 | Adrians, Katherine | Katherine M. Adrians v. Smith & Nephew, Inc. | 06/15/21 |
| 426 | 1:21-cv-01576 | Steeh, Diane | Diane B. Steeh v. Smith & Nephew, Inc. | 06/25/21 |
| 427 | 1:21-cv-01662 | Wooster, Kevin | Kevin Wooster v. Smith & Nephew, Inc. | 07/07/21 |
| 428 | 1:21-cv-01920 | Hayes, Christopher | Christopher Hayes v. Smith & Nephew | 07/30/21 |
| 429 | 1:21-cv-01985 | O'Connell, Joseph | Joseph O'Connell and Deobrah O'Connell v. Smith & Nephew, Inc. | 08/05/21 |
| 430 | 1:21-cv-02167 | Sullivan, Timothy | Timothy Sullivan v. Smith & Nephew, Inc. | 08/23/21 |
| 431 | 1:21-cv-02168 | Gonsalez, Dianne | Dianne Gonsalez and Robert Gonsalez v. Smith & Nephew, Inc. | 08/24/21 |
| 432 | 1:21-cv-02200 | Huff, James | James R. Huff v. Smith & Nephew, Inc. | 08/27/21 |
| 433 | 1:21-cv-02205 | Halstead, Connie | Connie L. Halstead v. Smith & Nephew, Inc. | 08/27/21 |
| 434 | 1:21-cv-02217 | Noll, Mary | Mary E. Noll v. Smith & Nephew, Inc. | 08/30/21 |
| 435 | 1:21-cv-02220 | Caban, David | David R. Caban v. Smith & Nephew, Inc. | 08/30/21 |
| 436 | 1:21-cv-02272 | Dillon, Kevin | Kevin Dillon v. Smith & Nephew, Inc. | 09/30/21 |
| 437 | 1:21-cv-02333 | Wolkenfeld, Lloyd | Lloyd Wolkenfeld and Dawn Wolkenfeld v. Smith & Nephew, Inc. | 09/13/21 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|-----|----------------------|-------------------|--------------|------------------------------------------|
| 438 | 1:21-cv-02343 | Dalton, Judith | Judith Dalton and Gary Dalton v. Smith & Nephew, Inc. | 09/14/21 |
| 439 | 1:21-cv-02560 | Bedore, Cari | Cari A. Bedore v. Smith & Nephew, Inc. | 10/06/21 |
| 440 | 1:21-cv-02565 | Hayes, Susan | Susan D. Hayes v. Smith & Nephew, Inc. | 10/06/21 |
| 441 | 1:21-cv-02637 | Surber, Gina | Gina Surber and Merle Malakoff v. Smith & Nephew, Inc. | 10/13/21 |
| 442 | 1:21-cv-02857 | Moore, Vicki | Vicki Moore v. Smith & Nephew, Inc. | 11/08/21 |
| 443 | 1:21-cv-02901 | Ambrosy, Lynn | Lynn C. Ambrosy v. Smith & Nephew, Inc. | 11/11/21 |
| 444 | 1:21-cv-02918 | Pankau, James | James Pankau and Elva Morris v. Smith & Nephew, Inc. | 11/15/21 |
| 445 | 1:21-cv-02933 | LaFrantz, Jeanne | Jeanne LaFrantz v. Smith & Nephew, Inc. | 11/15/21 |
| 446 | 1:21-cv-03016 | Aubry, Joan | Joan P. Aubry v. Smith & Nephew, Inc. | 11/23/21 |
| 447 | 1:21-cv-03039 | Cassell, Jr., Richard | Richard A. Cassel, Jr. and Heidi K. Cassel v. Smith & Nephew, Inc. | 11/29/21 |
| 448 | 1:21-cv-03045 | Kozicki, Zigmond | Zigmond A. Kozicki v. Smith & Nephew, Inc. | 11/30/21 |
| 449 | 1:21-cv-03298 | Boston (deceased), Lang | Lucille Boston on behalf of the Estate of Lang R. Boston v. Smith & Nephew, Inc. | 12/28/21 |
| 450 | 1:21-cv-03301 | Hart, Timothy | Timothy J. Hart v. Smith & Nephew, Inc. | 12/28/21 |
| 451 | 1:21-cv-03305 | McCoy, Kathleen | Kathleen McCoy v. Smith & Nephew | 12/28/21 |
| 452 | 1:22-cv-00038 | Carlson, Paige | Paige M. Carlson v. Smtih & Nephew, Inc. | 01/07/22 |
| 453 | 1:22-cv-00099 | Carroll, Javis | Javis Carroll and Tonya Carroll v. Smith & Nephew, Inc. | 01/13/22 |
| 454 | 1:22-cv-00177 | Jarzombek, Jerry | Jerry Jarzombek and Tricia Jarzombek v. Smith & Nephew, Inc. | 01/24/22 |
| 455 | 1:22-cv-00219 | Scott, Mike | Mike K. Scott v. Smith & Nephew, Inc. | 01/28/22 |
| 456 | 1:22-cv-00402 | Chabot, Joyce | Joyce L. Chabot v. Smith & Nephew | 02/16/22 |
| 457 | 1:22-cv-00414 | Angelo, Marc | Marc Angelo v. Smith & Nephew | 02/18/22 |
| 458 | 1:22-cv-00570 | Kirkland, Mark | Mark Kirkland and Karen Kirkland v. Smith & Nephew, Inc. | 03/09/22 |
| 459 | 1:22-cv-00643 | Marshall, Andrew | Andrew Marshall and Tamra Marshall v. Smith & Nephew, Inc. | 03/16/22 |
| 460 | 1:22-cv-00726 | Romesburg, Nathan | Nathan and Kristen Romesburg v. Smith & Nephew, Inc. | 03/24/22 |
| 461 | 1:22-cv-01133 | Hawks, Jerry | Jerry Hawks v. Smith & Nephew, Inc. | 05/10/22 |
| 462 | 1:22-cv-01135 | Mira, Carla | Carla Mira v. Smith & Nephew, Inc. | 05/10/22 |
| 463 | 1:22-cv-01136 | Guzman, Bobbi | Bobbi Guzman v. Smith & Nephew, Inc. | 05/10/22 |
| 464 | 1:22-cv-01224 | Cunha, Wilhelmina | Wilhelmina J. Cunha v. Smith & Nephew, Inc. | 05/23/22 |

**EXHIBIT A**
**ACTIVE BHR TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implant Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|-----|----------------------|-------------------|--------------|------------------------------------------|
| 465 | 1:22-cv-01265 | Sullivan, Jr., Donald | Donald Sullivan, Jr. and Debra Sullivan v. Smith & Nephew, Inc. | 05/26/22 |
| 466 | 1:22-cv-02580 | Dodge-Booth, Marji | Marji Dodge-Booth v. Smith & Nephew, Inc. | 10/07/22 |