**EXHIBIT B**
**ACTIVE THA TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implaint Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 1 | 1:17-cv-00949 | Gowin, Russell (deceased) | Mary Helen Gowin, Administrator of the Estate of Russell Powell Gowin, Sr., deceased v. Smith & Nephew, Inc. | 04/05/17 |
| 2 | 1:17-cv-01479 | Hauri, Donna | Donna Hauri and Charles Hauri v. Smith & Nephew, Inc. | 05/31/17 |
| 3 | 1:17-cv-02433 | Simms, Cary | Cary Simms and Kathleen Simms v. Smith & Nephew, Inc. | 08/24/17 |
| 4 | 1:17-cv-02620 | Dunsmore, David | David Dunsmore and Paula Dunsmore v. Smith & Nephew, Inc. | 09/08/17 |
| 5 | 1:17-cv-02637 | Cappello, John | John R. Cappello v. Smith & Nephew, Inc. | 09/08/17 |
| 6 | 1:17-cv-02746 | Bernstein, Mathew | Mathew Bernstein v. Smith & Nephew, Inc. | 09/15/17 |
| 7 | 1:17-cv-02923 | Saunders, Rafael | Rafael A. Saunders v. Smith & Nephew, Inc. | 10/03/17 |
| 8 | 1:17-cv-03429 | Harrison, Myra | Myra T. Harrison v. Smith & Nephew, Inc. | 11/17/17 |
| 9 | 1:17-cv-03496 | Frees, Joseph | Joseph P. Frees v. Smith & Nephew, Inc. | 11/22/17 |
| 10 | 1:17-cv-03819 | Williams, John | John Williams and Catherine Williams v. Smith & Nephew, Inc. | 12/28/17 |
| 11 | 1:18-cv-00251 | VanLeuwen, Chris | Chris VanLeuwen v. Smith & Nephew, Inc. | 01/25/18 |
| 12 | 1:18-cv-00326 | Cox, Ronald | Ronald L. Cox and Rebecca P. Cox v. Smith & Nephew, Inc. | 02/02/18 |
| 13 | 1:18-cv-00528 | Sadau, Carl | Carl B. Sadau v. Smith & Nephew, Inc. | 02/22/18 |
| 14 | 1:18-cv-00532 | Lukart, Vincent | Vincent P. Lukart v. Smith & Nephew, Inc. | 02/22/18 |
| 15 | 1:18-cv-00546 | Swanson-Li, Cynthia | Cynthia L. Swanson-Li and Curtis K. Li v. Smith & Nephew, Inc. | 02/23/18 |
| 16 | 1:18-cv-00549 | Fletcher, Kathy | Kathy D. Fletcher v. Smith & Nephew, Inc. | 02/23/18 |
| 17 | 1:18-cv-00590 | Schalch, Jr., James | James Schalch, Jr. v. Smith & Nephew, Inc. | 02/27/18 |
| 18 | 1:18-cv-00660 | Russell, Michael | Michael H. Russell v. Smith & Nephew, Inc. | 03/06/18 |
| 19 | 1:18-cv-00663 | Koda, Gene | Koda Gene v. Smith & Nephew, Inc. | 03/06/18 |
| 20 | 1:18-cv-00664 | Bussman, Peter | Peter Bussman v. Smith & Nephew, Inc. | 03/06/18 |
| 21 | 1:18-cv-00706 | Balderas-Salas, Colleen | Colleen Balderas-Salas v. Smith & Nephew, Inc. | 03/09/18 |
| 22 | 1:18-cv-00740 | Bohman, Maurice | Maurice J. Bohman and Cynthia Ann Bohman v. Smith & Nephew, Inc. | 03/13/18 |
| 23 | 1:18-cv-00748 | Shanteau, Douglas | Douglas Shanteau and Jill Shanteau v. Smith & Nephew, Inc. | 03/13/18 |
| 24 | 1:18-cv-00894 | Tracy, Michael | Michael P. Tracy v. Smith & Nephew, Inc. | 03/28/18 |
| 25 | 1:18-cv-00924 | Lordahl, Kenneth | Kenneth R. Lordahl v. Smith & Nephew, Inc. | 03/30/18 |
| 26 | 1:18-cv-00927 | Yokum, Steele | Steele A. Yokum v. Smith & Nephew, Inc. | 03/30/18 |
| 27 | 1:18-cv-00929 | Cromwell, Donald | Donald H. Cromwell v. Smith & Nephew, Inc. | 03/30/18 |

**EXHIBIT B**
**ACTIVE THA TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implaint Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 28 | 1:18-cv-00981 | Sowers, Robyn | Robyn Sowers v. Smith & Nephew, Inc. | 04/05/18 |
| 29 | 1:18-cv-01051 | Gregson, Teresa | Teresa T. Gregson v. Smith & Nephew, Inc. | 04/11/18 |
| 30 | 1:18-cv-01052 | White, Kevin | Kevin B. White v. Smith & Nephew, Inc. | 04/11/18 |
| 31 | 1:18-cv-01100 | Corbett, Barbara | Barbara J. Corbett v. Smith & Nephew, Inc. | 04/17/18 |
| 32 | 1:18-cv-01103 | Brubaker, Mary | Mary A. Brubaker v. Smith & Nephew, Inc. | 04/17/18 |
| 33 | 1:18-cv-01108 | Jones, Kim | Kim Jones and Wendy Jones v. Smith & Nephew, Inc. | 04/17/18 |
| 34 | 1:18-cv-01190 | Aron, Martha | Martha A. Aron v. Smith & Nephew, Inc. | 04/23/18 |
| 35 | 1:18-cv-01202 | Potter, John (Deceased) | Timothy L. Potter, Special Administrator of the Estate of John L. Potter, Deceased v. Smith & Nephew, Inc. | 04/24/18 |
| 36 | 1:18-cv-01207 | Procter, Robert | Robert C. Procter v. Smith & Nephew, Inc. | 04/25/18 |
| 37 | 1:18-cv-01217 | Everett, Vance | Vance Everett v. Smith & Nephew, Inc. | 04/26/18 |
| 38 | 1:18-cv-01227 | Jones, Paul | Paul N. Jones v. Smith & Nephew, Inc. | 04/27/18 |
| 39 | 1:18-cv-01233 | Radzwion, Michelle | Michelle Radzwion v. Smith & Nephew, Inc. | 04/27/18 |
| 40 | 1:18-cv-01394 | Dunn, Charles | Charles A. Dunn and Renee Dunn v. Smith & Nephew, Inc. | 05/14/18 |
| 41 | 1:18-cv-01477 | Belter, Justin | Justin A. Belter v. Smith & Nephew, Inc. | 05/23/18 |
| 42 | 1:18-cv-01487 | Fazzino, Carmelo | Carmelo P. Fazzino v. Smith & Nephew, Inc. | 05/23/18 |
| 43 | 1:18-cv-01502 | Peoples, Dale | Dale R. Peoples v. Smith & Nephew, Inc. | 05/25/18 |
| 44 | 1:18-cv-01517 | Grisby, Doris | Doris Grisby v. Smith & Nephew, Inc. | 05/25/18 |
| 45 | 1:18-cv-01535 | Strader, Richard | Richard J. Strader v. Smith & Nephew, Inc. | 05/27/18 |
| 46 | 1:18-cv-01569 | Wellhoefer, Max | Max P. Wellhoefer v. Smith & Nephew, Inc. | 05/31/18 |
| 47 | 1:18-cv-01660 | McAnneny, Edward | Edward McAnneny v. Smith & Nephew, Inc. | 06/06/18 |
| 48 | 1:18-cv-01662 | Tipsord, Carol | Carol Tipsord and Michael Tipsord v. Smith & Nephew, Inc. | 06/06/18 |
| 49 | 1:18-cv-01737 | Guerra, David | David H. Guerra v. Smith & Nephew, Inc. | 06/12/18 |
| 50 | 1:18-cv-01843 | Ahlenius, Michael | Michael Edward Ahlenius v. Smith & Nephew, Inc. | 06/20/18 |
| 51 | 1:18-cv-01852 | Whatley, Roy | Roy Whatley and Lisa Whatley v. Smith & Nephew, Inc. | 06/21/18 |
| 52 | 1:18-cv-01882 | Fleming, Stephen | Stephen D. Fleming v. Smith & Nephew, Inc. | 06/24/18 |
| 53 | 1:18-cv-01991 | Martin, Kerry | Kerry B. Martin v. Smith & Nephew, Inc. | 07/01/18 |
| 54 | 1:18-cv-02062 | Almodovar, Ramon | Ramon Almodovar v. Smith & Nephew, Inc. | 07/09/18 |
| 55 | 1:18-cv-02063 | Banas, Robert | Robert Banas v. Smith & Nephew, Inc. | 07/09/18 |
| 56 | 1:18-cv-02064 | Fennell, John | John A. Fennell v. Smith & Nephew, Inc. | 07/09/18 |

**EXHIBIT B**
**ACTIVE THA TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implaint Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 57 | 1:18-cv-02164 | Hammer, Brett (deceased) | Terri Sue Hammer, Personal Representative of Estate for Brett Hammer, Deceased v. Smith & Nephew, Inc. | 07/14/18 |
| 58 | 1:18-cv-02166 | Desrosiers, Dennis | Dennis A. Desrosiers v. Smith & Nephew, Inc. | 07/15/18 |
| 59 | 1:18-cv-02433 | Gleeson, Craig | Craig J. Gleeson v. Smith & Nephew, Inc. | 08/09/18 |
| 60 | 1:18-cv-02458 | Overing, Randy | Randy K. Overing v. Smith & Nephew, Inc. | 08/11/18 |
| 61 | 1:18-cv-02459 | Maas, Jeffrey | Jeffrey Maas v. Smith & Nephew, Inc. | 08/12/18 |
| 62 | 1:18-cv-02544 | Little, Gerald | Gerald W. Little v. Smith & Nephew, Inc. | 08/18/18 |
| 63 | 1:18-cv-02545 | Wilson, Debra | Debra D. Wilson v. Smith & Nephew, Inc. | 08/18/18 |
| 64 | 1:18-cv-02548 | Sullender, Timothy | Timothy R. Sullender v. Smith & Nephew, Inc. | 08/19/18 |
| 65 | 1:18-cv-02579 | Cathey, Thomas | Thomas Cathey v. Smith & Nephew, Inc. | 08/21/18 |
| 66 | 1:18-cv-02588 | Arrigo, Susan | Susan Arrigo and Robert Arrigo v. Smith & Nephew, Inc. | 08/21/18 |
| 67 | 1:18-cv-02668 | Myers, Michael | Michael R. Myers v. Smith & Nephew, Inc. | 08/28/18 |
| 68 | 1:18-cv-02682 | Wilhelm, Lori | Lori Wilhelm v. Smith & Nephew, Inc. | 08/29/18 |
| 69 | 1:18-cv-02842 | Farner, William | William A. Farner v. Smith & Nephew, Inc. | 09/12/18 |
| 70 | 1:18-cv-02993 | Hartley, Harold | Harold Jay Hartley and Deandra Hartley v. Smith & Nephew, Inc. | 09/27/18 |
| 71 | 1:18-cv-03075 | Hill, Gregory | Gregory W. Hill v. Smith & Nephew, Inc. | 10/05/18 |
| 72 | 1:18-cv-03162 | Jennings, John | John W. Jennings v. Smith & Nephew, Inc. | 10/11/18 |
| 73 | 1:18-cv-03302 | DeWitt, William | William F. Dewitt, III and Amy Jo Dewitt v. Smith & Nephew, Inc. | 10/25/18 |
| 74 | 1:18-cv-03369 | Zdenek, Mildred | Mildred Zdenek and Michael Zdenek v. Smith & Nephew, Inc. | 10/30/18 |
| 75 | 1:18-cv-03480 | Ballzeigler-Thompson, Celeste | Celeste Ballzeigler-Thompson and Wayne Thompson v. Smith & Nephew, Inc. | 11/13/18 |
| 76 | 1:18-cv-03514 | Cunningham, Jack | Jack Randall Cunningham v. Smith & Nephew, Inc. | 11/14/18 |
| 77 | 1:18-cv-03589 | Miller, Vernell | Vernell Miller v. Smith & Nephew, Inc. | 11/21/18 |
| 78 | 1:18-cv-03860 | Jordan, Stacy | Stacy Jordan v. Smith & Nephew, Inc. | 12/14/18 |
| 79 | 1:18-cv-03879 | McMullen, Jeanette | Jeanette McMullen v. Smith & Nephew, Inc. | 12/17/18 |
| 80 | 1:18-cv-03880 | Gaglio, Louis | Louis Gaglio and Lisa Gaglio v. Smith & Nephew, Inc. | 12/17/18 |
| 81 | 1:18-cv-03894 | Ruddle, Philip | Philip Ruddle and Brenda Ruddle v. Smith & Nephew, Inc., Smith & Nephew, plc | 12/18/18 |
| 82 | 1:18-cv-03967 | Valle, William | William Valle and Rebecca J. Valle v. Smith & Nephew, Inc. | 12/26/18 |
| 83 | 1:18-cv-03998 | Power, Craig | Craig Power v. Smith & Nephew, Inc. | 12/28/18 |

**EXHIBIT B**
**ACTIVE THA TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implaint Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 84 | 1:19-cv-00113 | Yates, Kathy | Kathy A. Yates v. Smith & Nephew, Inc. | 01/10/19 |
| 85 | 1:19-cv-00121 | Westphall, Robert | Robert Westphall and Wendy Westphall v. Smith & Nephew, Inc. | 01/09/19 |
| 86 | 1:19-cv-00188 | Marx, Heinz | Heinz Marx v. Smith & Nephew, Inc. | 01/18/19 |
| 87 | 1:19-cv-00264 | Lien, Craig | Craig A. Lien v. Smith & Nephew, Inc.. Smith & Nephew, PLC, Smith & Nephew, Limited | 01/28/19 |
| 88 | 1:19-cv-00329 | Didrikson, Robert | Robert Didrikson and Donna Didrikson v. Smith & Nephew, Inc. | 02/04/19 |
| 89 | 1:19-cv-00343 | Green, James | James Green v. Smith & Nephew, Inc. | 02/05/19 |
| 90 | 1:19-cv-00354 | Wisman, George | George Wisman and Judith Wisman v. Smith & Nephew, Inc. | 02/06/19 |
| 91 | 1:19-cv-00438 | Hendry, Mark | Mark G. Hendry v. Smith & Nephew, Inc. | 02/14/19 |
| 92 | 1:19-cv-00484 | Kaline, Jerome | Jerome Kaline v. Smith & Nephew, Inc. | 02/19/19 |
| 93 | 1:19-cv-00495 | Harris, Yolanda | Yolanda Harris v. Smith & Nephew, Inc. | 02/21/19 |
| 94 | 1:19-cv-00619 | Berendsen, James | James R. Berendsen v. Smith & Nephew, Inc. | 02/27/19 |
| 95 | 1:19-cv-00620 | Drawneek, Lisa | Lisa M. Drawneek v. Smith & Nephew, Inc. | 02/27/19 |
| 96 | 1:19-cv-00648 | Zumstein, Robert | Robert Zumstein and Dawn Zumstein-Marie v. Smith & Nephew, Inc. | 02/28/19 |
| 97 | 1:19-cv-00792 | Goeth, William | William G. Goeth v. Smith & Nephew, Inc. | 03/15/19 |
| 98 | 1:19-cv-00872 | Maturo, Sr., William | William Maturo, Sr. and Cynthia Maturo v. Smith & Nephew, Inc. | 03/25/19 |
| 99 | 1:19-cv-01287 | Rose, David | David Rose and Deborah Rose v. Smith & Nephew, Inc. | 05/01/19 |
| 100 | 1:19-cv-01305 | Polick, Steven | Steven P. Polick v. Smith & Nephew, Inc. | 05/03/19 |
| 101 | 1:19-cv-01883 | Nolan, Jeffery | Jeffery W. Nolan v. Smith & Nephew, Inc. | 06/26/19 |
| 102 | 1:19-cv-02078 | Winckler, David | David Winckler v. Smith & Nephew, Inc. | 07/16/19 |
| 103 | 1:19-cv-02404 | Jay, Allen | Allen Jay & Ricky Jay v. Smith & Nephew, Inc. | 08/20/19 |
| 104 | 1:19-cv-02518 | Gonzales, Frank | Frank Gonzales & Nancy Sue Gonzales v. Smith & Nephew, Inc. | 08/30/19 |
| 105 | 1:19-cv-02553 | Graham, John | John Graham & Joan Graham v. Smith & Nephew, Inc. | 09/05/19 |
| 106 | 1:19-cv-02560 | Hansen, Stanley (Deceased) | Sandra Hansen, Personal Representative of Estate for Stanley M. Hansen, Deceased v. Smith & Nephew, Inc. | 09/05/19 |
| 107 | 1:19-cv-02977 | Zoller, Mary | Mary R. Zoller v. Smith & Nephew, Inc. | 10/11/19 |
| 108 | 1:19-cv-03121 | Kane, Alan | Alan Kane v. Smith & Nephew, Inc. | 10/28/19 |
| 109 | 1:19-cv-03180 | Mueller, Mary | Mary C. Mueller & Thomas A. Mueller v. Smith & Nephew, Inc. | 10/31/19 |

**EXHIBIT B**
**ACTIVE THA TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implaint Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 110 | 1:19-cv-03266 | Deffenbaugh, Jr., Gary | Gary W. Deffenbaugh, Jr. v. Smith & nephew, Inc. and Smith & Nephew, PLC | 11/13/19 |
| 111 | 1:19-cv-03298 | McCracken, Judy | Judy Kay McCracken & Richard Curtis McCracken v. Smith & Nephew, Inc. | 11/15/19 |
| 112 | 1:19-cv-03332 | Harvey, Laura | Laura Harvey v. Smith & Nephew, Inc. | 11/19/19 |
| 113 | 1:19-cv-03377 | Albert, Damon | Damon Albert & Elizabeth Albert v. Smith & Nephew, Inc. | 11/25/19 |
| 114 | 1:19-cv-03629 | Hamilton, Debra | Debra A. Hamilton v. Smith & Nephew, Inc. | 12/21/19 |
| 115 | 1:20-cv-00237 | Karlovich, Kathy | Kathy Karlovich v. Smith & Nephew, Inc. | 01/22/20 |
| 116 | 1:20-cv-00328 | Rediker, Michael | Michael J. Rediker v. Smith & Nephew, Inc. | 02/07/20 |
| 117 | 1:20-cv-00612 | Hernandez, Carlos | Carlos Hernandez and Martha Cerquera v. Smith & Nephew, Inc. | 03/05/20 |
| 118 | 1:20-cv-00797 | Rogers, Samuel | Samuel S. Rogers v. Smith & Nephew, Inc. | 03/27/20 |
| 119 | 1:20-cv-00889 | Parsons, Thomas | Thomas Parsons v. Smith & Nephew, Inc. | 04/08/20 |
| 120 | 1:20-cv-00955 | Fromm, Beverly | Beverly Fromm v. Smith & Nephew, Inc. | 04/23/20 |
| 121 | 1:20-cv-01056 | Billings, Susan | Susan Billings v. Smith & Nephew, Inc. | 04/24/20 |
| 122 | 1:20-cv-01057 | Brennan, Robert | Robert Brennan v. Smith & Nephew, Inc. | 04/24/20 |
| 123 | 1:20-cv-01081 | Libby, Charles | Charles Libby v. Smith & Nephew, Inc. | 04/27/20 |
| 124 | 1:20-cv-01101 | Kehler, Darrell | Darrell Kehler and Wanda Kehler v. Smith & Nephew, Inc. | 04/28/20 |
| 125 | 1:20-cv-01117 | Sanchez, Patricia | Patricia L. Sanchez v. Smith & Nephew, Inc. | 04/30/20 |
| 126 | 1:20-cv-01152 | Fox, Jeffrey | Jeffrey Fox v. Smith & Nephew, Inc., Case No. 1:20- | 05/05/20 |
| 127 | 1:20-cv-01274 | Arias, Pamela | Pamela S. Arias v. Smith & Nephew, Inc. | 05/21/20 |
| 128 | 1:20-cv-01286 | Frankel, Patricia | Patricia S. Frankel v. Smith & Nephew, Inc. | 05/21/20 |
| 129 | 1:20-cv-01291 | Letsinger, Leslie | Leslie and Glenda Letsinger v. Smith & Nephew, Inc. | 05/22/20 |
| 130 | 1:20-cv-01345 | Britton, Wiliam | William T. Britton v. Smith & Nephew, Inc. | 05/29/20 |
| 131 | 1:20-cv-01720 | Barker, Laurie | Laurie Barker v. Smith & Nephew, Inc. | 06/11/20 |
| 132 | 1:20-cv-01836 | Rothschild, Alice | Alice Rothschild v. Smith & Nephew, Inc. | 06/16/20 |
| 133 | 1:20-cv-01862 | Hikade, Dawn | Dawn Hirkey Hikade v. Smith & Nephew, Inc. | 06/18/20 |
| 134 | 1:20-cv-02018 | Fenster, Dennis | Dennis and Karen Fenster v. Smith & Nephew, Inc. | 07/14/20 |
| 135 | 1:20-cv-02183 | Smith, Albert | Albert Smith v. Smith & Nephew, Inc. | 07/29/20 |
| 136 | 1:20-cv-02191 | Valentine, Lawrence | Lawrence Valentine v. Smith & Nephew, Inc. | 07/29/20 |
| 137 | 1:20-cv-02221 | Gibbons-Mize, Mary | Mary Ellen Gibbons-Mize v. Smith & Nephew, Inc. | 07/30/20 |

**EXHIBIT B**
**ACTIVE THA TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implaint Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 138 | 1:20-cv-02352 | Burns, Lorenzo | Lorenz Burns v. Smith & Nepehw, Inc. | 08/14/20 |
| 139 | 1:20-cv-02465 | Veteran, Frank | Frank Veteran v. Smith & Nephew, Inc. | 08/26/20 |
| 140 | 1:20-cv-02514 | Keeney, Darlene | Darlene Keeney v. Smith & Nephew, Inc. | 08/31/20 |
| 141 | 1:20-cv-02546 | Huskey, John | John Huskey v. Smith & Nephew, Inc. | 09/03/20 |
| 142 | 1:20-cv-02774 | McGhee, Al | Al and Karen McGhee v. Smith & Nephew, Inc. | 09/29/20 |
| 143 | 1:20-cv-02789 | King, William | William and Kaaren King v. Smith & Nephew, Inc. | 09/25/20 |
| 144 | 1:20-cv-03083 | Hoskins, Carl | Carl A. Hoskins v. Smith & Nephew, Inc. | 10/22/20 |
| 145 | 1:20-cv-03113 | Griffith, Jane | Jane Griffith v. Smtih & Nephew, Inc. | 10/27/20 |
| 146 | 1:20-cv-03224 | Fox, Pamela | Pamela Fox v. Smith & Nephew, Inc. | 11/06/20 |
| 147 | 1:20-cv-03283 | Savidis, Gail | Gail S. Savidis and Matthew Savidis v. Smith & Nephew, Inc. | 11/12/20 |
| 148 | 1:20-cv-03770 | Allman, Sarah | Sarah G. Allman v. Smith & Nephew, Inc. | 12/29/20 |
| 149 | 1:20-cv-03781 | Near, Pauline | Pauline L. Near v. Smith & Nephew, Inc. | 12/30/20 |
| 150 | 1:21-cv-00003 | Healy, Patrick | Patrick Healy & Lory Healy v. Smith & Nephew, Inc. | 01/04/21 |
| 151 | 1:21-cv-00043 | Gibson, Charles | Charles Gibson & Barbara Gibson v. Smith & Nephew, Inc. | 01/07/21 |
| 152 | 1:21-cv-00145 | Pavelchak, Alan | Alan Pavelchak v. Smith & Nephew, Inc. | 01/18/21 |
| 153 | 1:21-cv-00448 | Ireland, Sheldon | Sheldon Ireland and Vicky Ireland v. Smith & Nephew, Inc. | 02/23/21 |
| 154 | 1:21-cv-00639 | Hale, Jr., John | John J. Hale, Jr. v. Smith & Nephew, Inc. | 03/12/21 |
| 155 | 1:21-cv-00900 | Atkins, William | William T. Atkins v. Smith & Nephew, Inc. | 04/09/21 |
| 156 | 1:21-cv-00915 | Zetterberg, Ann | Megan Zetterberg as the Personal Representative of Ann M. Zetterberg v. Smith & Nephew, Inc. | 04/13/21 |
| 157 | 1:21-cv-01372 | Shisler, Deborah | Deborah Shisler v. Smith & Nephew, Inc. | 06/03/21 |
| 158 | 1:21-cv-01432 | Casparo, Nick | Nick Casparo v. Smith & Nephew | 06/09/21 |
| 159 | 1:21-cv-01574 | Dyer, Linda | Linda Dyer v. Smith & Nephew, Inc. | 06/25/21 |
| 160 | 1:21-cv-01597 | Boudreaux, Alvert | Alvert Boudreaux and Sarah Boudreaux v. Smith & Nephew, Inc. | 06/29/21 |
| 161 | 1:21-cv-02294 | Bedan, Jeff | Jeff Bedan v. Smith & Nephew, Inc. | 09/07/21 |
| 162 | 1:21-cv-02465 | Villars, Valerie | Valerie Villars v. Smith & Nephew, Inc. | 09/27/21 |
| 163 | 1:21-cv-02475 | Barber, William | William P. Barber v. Smith & Nephew, Inc. | 09/28/21 |
| 164 | 1:21-cv-02674 | Carthel, Jason | Jason L. Carthel v. Smith & Nephew, Inc. | 10/18/21 |
| 165 | 1:21-cv-02676 | Martin, Larry | Larry Martin v. Smith & Nephew | 10/18/21 |
| 166 | 1:21-cv-02677 | Velez-Felix, David | David Velez-Felix v. Smith & Nephew, Inc. | 10/18/21 |

**EXHIBIT B**
**ACTIVE THA TRACK CASES FILED IN MDL 2775**
**AS OF OCTOBER 9, 2022**

| No. | Current MDL Case No. | Implaint Plaintiff | Case Caption | Date Direct Filed or Transferred to MDL |
|---|---|---|---|---|
| 167 | 1:21-cv-02685 | Pearlstein, Mitchell | Mitchell Pearlstein v. Smith & Nephew, Inc. | 10/19/21 |
| 168 | 1:21-cv-03028 | Agolia, Daniel | Daniel A. Agolia v. Smith & Nephew, Inc. | 11/24/21 |
| 169 | 1:21-cv-03082 | Gerald, Robert | Robert Gerald and Jeanne Marie Gerald v. Smith & Nephew, Inc. | 12/02/21 |
| 170 | 1:21-cv-03157 | Brown, Ronda | Ronda Brown and Randy Brown v. Smith & Nephew, Inc. | 12/13/21 |
| 171 | 1:22-cv-00081 | Olson, Tracy | Tracy Olson and Irene Michelle Olson v. Smith & Nephew, Inc. | 01/11/22 |
| 172 | 1:22-cv-00233 | Ozark, Carole | Carole W. Ozark v. Smith & Nephew, Inc. | 01/31/22 |
| 173 | 1:22-cv-00234 | Warren, Kenneth | Kenneth P. Warren v. Smith & Nephew, Inc. | 01/31/22 |
| 174 | 1:22-cv-00274 | Samaha, Charles | Charles Samaha v. Smith & Nephew, Inc. | 02/02/22 |
| 175 | 1:22-cv-00565 | Johnson, Walter | Walter Johnson v. Smith & Nephew, Inc. | 03/09/22 |
| 176 | 1:22-cv-00764 | Tyler, Harold | Harold Tyler v. Smith & Nephew, Inc. | 03/30/22 |
| 177 | 1:22-cv-01078 | Mellgren, Deborah | Deborah Mellgren v. Smith & Nephew, Inc. | 05/03/22 |
| 178 | 1:22-cv-02066 | Zapf, Wesley | Wesley Zapf and Janeen Zapf v. Smith  Nephew, Inc. | 08/16/21 |