# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Plaintiff,** | * |
| | * |
| v. | *  Case No. _____ |
| | * |
| **Defendant.** | * |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐  Exhibit _____ which is an attachment to _____

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐  _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by _____.

| | |
|---|---|
| November 4, 2022 | _[signature]_ |
| Date | Signature |
| | |
| | Printed Name and Bar Number |
| | |
| | Address |
| | |
| | Email Address |
| | |
| | Telephone Number |
| | |
| | Fax Number |

(11/2017)