# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE<br><br>**FILED UNDER SEAL**<br><br>This Document Relates to:  All Cases |

## STATEMENT OF MONTHLY ACCOUNTING

Plaintiffs, by and through Plaintiffs' Liaison Counsel and the Court appointed accountant, David White, CPA, pursuant to Case Management Order No. 2 (Doc. 170) and this Court's Order of September 14, 2021 (Doc. 3029), hereby submit the monthly statement showing the aggregate of monthly deposits; disbursements; interest earned; financial institution charges; and current balance of the S&N BHR Common Benefit Account for the time period May 1, 2023 through May 31, 2023 (attached as Exhibit 1).  The statement is being filed under seal.

Dated:  June 15, 2023

Respectfully submitted,

*/s/ Robert K. Jenner*
Robert K. Jenner (Bar No. 04165)
Kathleen R. Kerner (Bar No. 18955)
JENNER LAW, P.C.
3600 Clipper Mill Road, Suite 240
Baltimore, MD  21211
rjenner@jennerlawfirm.com
kkerner@jennerlawfirm.com
Telephone: (410) 415-2155

Jasper D. Ward IV
JONES WARD PLC
The Pointe
1205 E. Washington St., Suite 111
Louisville, Kentucky 40206
jasper@jonesward.com Phone: (502) 882-6000

Genevieve M. Zimmerman
MESHBESHER & SPENCE LTD.
1616 Park Avenue South
Minneapolis, MN 55404
gzimmerman@meshbesher.com
Phone: (612) 339-9121

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of June, 2023, that I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. Notice of this filing will be sent by e- mail to all parties by operations of the Court's electronic filing system or by mail to anyone unableto accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Robert K. Jenner
*Counsel for Plaintiffs*