# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|                          |   |                 |
|--------------------------|---|-----------------|
| **Plaintiff,**           | * |                 |
| v.                       | * | Case No. _____ |
|                          | * |                 |
| **Defendant.**           | * |                 |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐   Exhibit _____ which is an attachment to _____

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐   _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by _____.

| June 15, 2023 | _[signature]_ |
|---|---|
| Date | Signature |

_____
Printed Name and Bar Number

_____
Address

_____
Email Address

_____
Telephone Number

_____
Fax Number

(11/2017)